**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Interpreter Present? ☐ Yes ☒ No   ERO _Si Luevarn_

USPT/USPO _V. Findley_

Clerk, U.S. District Court
Southern District of Texas
Filed _4-26-10_
Michel N. Milby, Clerk

OPEN _2:03_ ADJOURN _2:04_

☐ OTHER DISTRICT   ☐ DIVISION _____ THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance          ☐ Counsel Determination Hearing       ☐ Status Hearing
☐ Bond Hearing                ☐ Identity                             ☐ Hearing Continued on_____
☒ Detention Hearing           ☒ Preliminary Hearing                  ☐ Other_____

CASE NUMBER ☐ CR ☒ MJ _10-352m_ Defendant # _1_

AUSA _Mark White_

_Thur Alexander Morris_

☐ Date of arrest _____    ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                                    Violation of   ☐ Supervised Release ☐ Probation

☒ Defendant ☐ Material Witness appeared   ☐ with ☒ without counsel

☐ Defendant requests appointed counsel.      ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond revoked    (           ☐ Bond reinstated    ☐ Bond Continued
☒ Defendant _____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☒ Defendant(s) _1_ is/are scheduled on _4/28_ at _10am_ for:
    ☐ Arraignment              ☐ Counsel Determination Hearing        ☐ Identity Hearing
    ☒ Detention Hearing        ☒ Preliminary Hearing                  ☐ Final Revocation Hearing
    ☐ _____ Hearing

_FPD conflicted out and withdrawn as counsel of record_