**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed 4-28-10
Michel N. Milby, Clerk

Interpreter Present? ☐ Yes ☒ No   ERO _R. Chudomelka_

USPT/USPO _V. Fendley_

OPEN _10:40_ ADJOURN _10:46_

☐ OTHER DISTRICT   ☐ DIVISION    THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance           ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing                 ☐ Identity                           ☐ Hearing Continued on____
☒ Detention Hearing            ☒ Preliminary Hearing                ☐ Other____

CASE NUMBER  ☐ CR ☒ MJ _10-352M_  Defendant # _1_

AUSA _Mark White_

_Thor Alexander Morris_          _Kelly Case_

☐ Date of arrest____
☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
       Violation of  ☐ Supervised Release ☐ Probation

☒ Defendant ☐ Material Witness appeared    ☒ with ☐ without counsel

☐ Defendant requests appointed counsel.            ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender          ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. ____

☒ Defendant __1__ bond set   ☐ Cash ☐ Surety ☐ P/R ☒ Unsecured ☐ $____ Deposit
☐ Defendant ____ bond set    ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Defendant ____ bond set    ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☒ Surety signatures required as to Defendant(s)____.
☒ Defendant(s)____ advised of conditions of release
☐ BOND EXECUTED and Defendant ____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)____
☐ Order of Detention Pending Trial entered as to Defendant(s)____.
☐ Bond revoked        ☐ Bond reinstated        ☐ Bond Continued
☒ Defendant ____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant ____ Waiver of ☒ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause   ☐ Identity

☐ Defendant(s) ____ is/are scheduled on ____ at ____ for:
   ☐ Arraignment               ☐ Counsel Determination Hearing    ☐ Identity Hearing
   ☐ Detention Hearing         ☐ Preliminary Hearing              ☐ Final Revocation Hearing
   ☐ ____ Hearing