USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**

United States Courts
Southern District of Texas
FILED

JUL 21 2010

David J. Bradley, Clerk of Court

**10 CR 0512**

Judge: Gilmore

HOUSTON DIVISION

USAO Number: 2010R04880

Magistrate Number: H-10-352M

**CRIMINAL INDICTMENT**

Filed:

**UNITED STATES of AMERICA**

VS.

THOR ALEXANDER MORRIS

**ATTORNEYS:**

JOSE ANGEL MORENO, USA          (713) 567-9000

SUZANNE ELMILADY, AUSA          (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Fraud and Related Activity in Connection with Computers [18 USC § 1030(a)(4) and (b)]

**PENALTY:** Ct. 1: Not more than 5 yrs imprisonment and/or $250,000 fine; 3 yrs. SRT; $100 SA

☐ In Jail
☑ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**