UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL NO: |
| v. | § § § | |
| THOR ALEXANDER MORRIS | § § § § § § § § § § | 10 CR 0512 |

## ORDER FOR ISSUANCE OF NOTICE

A     CRIMINAL INDICTMENT     has been filed against the defendant who is

☑ Released on Condition   ☐ Detained   ☐ In Custody     It is

ORDERED that a notice be issued for the appearance of said defendant 7/29/2010

at 10:00 a.m.

SIGNED at Houston, Texas, on      July 21, 2010.

_____
UNITED STATES MAGISTRATE JUDGE