UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

Thor Alexander Morris

Case No.: 4:10–cr–00512
Judge Vanessa D Gilmore

Defendant

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Mary Milloy

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/29/10

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date:   July 22, 2010

David Bradley, Clerk