MAGISTRATE JUDGE __MARY MILLOY__
CASE MANAGER __CINDY JANTOWSKI__ TAPE ERO __R. SMITH__
USPS / USPO __C. MORENO__ INTERPRETER __NO__
TIME __10:10__ A.M. __10:13__ end | begin P.M. end    DATE __7/29/10__

CR. No. __10-512__   USDJ __Gilmore__

UNITED STATES OF AMERICA
vs.

| Deft. No. | Deft. Name | | |
|---|---|---|---|
| 1 | Thor Alexander Morris | § | Michael Kusin for Suzanne Elmilady AUSA  Kelly Case (A) |
| | | § | |
| | | § | |
| | | § | |
| | | § | |
| | | § | |

add'l defts on reverse side    new atty info on reverse    Appt - A, Retd - R, FPD - F

## ARRAIGNMENT

[x] karr.  Arraignment held.    Arraignment held on superseding indictment.    Arraignment not held.
[x] kcnsl.  Deft __✓__ first appearance with counsel.    Deft _____ appeared without counsel.
[ ] kwvindi.  Deft _____ Waiver of Indictment executed (for criminal information).
[x] kpl.  Deft __✓__ enters a plea of not guilty. (ngpl)    Deft _____ enters a plea of guilty. (gpl)
[ ] kpl.  Deft _____ plea of guilty probable; pro forma plea of not guilty entered. (ngpl)
[ ] ...  Deft _____ rearraignment set _____ at _____ before Judge _____.
[x] kwvspt.  Waiver of Speedy Trial executed.
[x] kschedo.  Scheduling Order __✓__ issued w/cc to parties.    to be mailed.    not issued.
[ ] ...  Deft _____ Order for PSI setting Disclosure and Sentencing dates signed.    PSI waived.
[ ] ksen.  Deft _____ sentencing set _____ at _____.
[ ] ...  Deft _____ failed to appear, bench warrant to issue.
[ ] ko.(bnd.)  Deft _____ bond  set  reduced to $ _____  Cash  Surety  10%  PR.
[ ] kbnd.  Deft _____ executed bond and released from custody.
[x] ...  Deft __✓__ bond continued.
[ ] ...  Deft _____ remanded to custody.
[ ] knbhrg.  Deft _____ Nebbia Hearing held (conflict of interest).
OTHER PROCEEDINGS: _____

Copy to:  Case Manager for USDJ
          USPO (if PSI ordered)    see reverse