UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No. H 10-512 |
| | § | |
| Thor Alexander Morris | § | Judge Vanessa D. Gilmore |

## SCHEDULING ORDER

1. MOTIONS will be filed by        August 18, 2010

2. RESPONSES will be filed by        August 27, 2010

3. Proposed voir dire and charge to be filed by        September 17, 2010

4. PRETRIAL CONFERENCE is set for        September 20, 2010
   at 9:30 a.m.

5. JURY selection and TRIAL set for        September 27, 2010
   at 1:30 p.m.

6. Speedy trial limits waived? (yes/no)        No

7. Estimated Trial Time        2 days

Direct questions about this schedule to ESTHELA MARES Case Manager, U. S. District Clerk's Office,  P.O. Box 61010, Houston, Texas  77208; (713)250-5512.

Signed on _____ 7-29- _____, 2010 at Houston, Texas

_____
United States Magistrate Judge

_____
Assistant U. S. Attorney

_____
Attorney for Defendant

_____
Defendant

CRIMINAL PROCEDURES

PRETRIAL MATERIALS

Pretrial materials will be filed as follows:

In duplicate:  proposed voir dire to jury panel;  proposed jury charge;  legal memoranda citing issues to be tried with authorities.

PLEAS OF GUILTY

Once a plea agreement is reached, counsel should notify the case manager immediately for setting of a rearraignment.

The U. S. Attorney's Office should complete and deliver the Sentence Data Sheet and Plea of Guilty form to this Court's Chambers no later than 2 working days prior to the rearraignment.