IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                                                        Case No. H-10-CR-00512

THOR ALEXANDER MORRIS,

    DEFENDANT

**DEFENDANT THOR ALEXANDER MORRIS'
UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE VANESSA GILMORE:

The Defendant in the above styled and numbered cause, Thor Alexander Morris, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the trial of this matter until November, 2010. In support of this motion, Thor Alexander Morris would show the Court as follows:

**I.**

The Defendant is set for trial on September 27, 2010. Good cause exists for failure of the Defendant to request a continuance before this case was set for trial.

The Defendant needs additional time to prepare for trial because there are a large number of documents yet to be reviewed in this matter

The defense has reviewed one box of documents but the prosecutor has indicated that another box exists which must be reviewed.

This Motion for Continuance is not made for purposes of delay, but that justice may be

done.

The Defendant waives the right to a speedy trial conditioned on the Court's granting of this motion.

## II.

Counsel for the Defendant conferred with Assistant United States Attorney Suzanne Elmilady about this motion on Friday, August 27, 2010.  The government is not opposed to this motion.

Thor Alexander Morris prays that the Court enter an order setting trial of this cause for November, 2010.

I concur in this Request for Continuance.

/s/ Thor Morris
Thor Alexander Morris, Defendant

Respectfully Submitted,

/s/ *Kelly W. Case*
**KELLY W. CASE**
Texas State Bar Number:  03954070
Case Law, P.L.L.C.
2002 Timberloch Place, Suite 200
The Woodlands, TX 77380
Telephone:  (281) 296-5752
Fax:  (281) 419-3599

Attorney for the Defendant,
Thor Alexander Morris

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Thor Alexander Morris' Motion for Continuance was sent through PACER to Suzanne Elmilady, Assistant United States Attorney on the 30th day of August, 2010.

/s/ *Kelly W. Case*
**KELLY W. CASE**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.  Case No. H-10-CR-00512

THOR ALEXANDER MORRIS,

    DEFENDANT

**ORDER ON DEFENDANT THOR ALEXANDER MORRIS'
UNOPPOSED MOTION FOR CONTINUANCE**

Defendant Thor Alexander Morris' Motion for Continuance is hereby:

_____  GRANTED

_____  DENIED

Signed in Houston, Texas on this the \_\_\_\_\_ day of _____, 2010.

_____
Vanessa Gilmore
United States District Judge