IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.   Case No. H-10-CR-00512

THOR ALEXANDER MORRIS,

DEFENDANT

## DEFENDANT THOR ALEXANDER MORRIS' UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE VANESSA GILMORE:

The Defendant in the above styled and numbered cause, Thor Alexander Morris, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing trial of this cause until after January 13, 2011. In support of this motion, Thor Alexander Morris would show the Court as follows:

**I.**

Counsel for the defense and the Assistant United States Attorney, both have conflicts up to that date and the defendant has agreed to plead.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

**II.**

Counsel for the Defendant conferred with Assistant United States Attorney Suzanne Elmilady about this motion on November 17, 2010. The government is not opposed to this motion.

Thor Alexander Morris prays that the Court enter an order continuing trial of this cause until after January 13, 2011.

I concur in this Request for Continuance.

_____
Thor Alexander Morris, Defendant

Respectfully Submitted,

_____
KELLY W. CASE
Texas State Bar Number: 03954070
Case Law, P.L.L.C.
2002 Timberloch Place, Suite 200
The Woodlands, TX 77380
Telephone: (281) 296-5752
Fax: (281) 419-3599

Attorney for the Defendant,
Thor Alexander Morris

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Thor Alexander Morris' Motion for Continuance was sent through PACER to Suzanne Elmilady, Assistant United States Attorney on the 19th ~~17th~~ day of November, 2010.

_____
KELLY W. CASE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                                                         Case No. H-10-CR-00512

THOR ALEXANDER MORRIS,

DEFENDANT

### ORDER ON DEFENDANT THOR ALEXANDER MORRIS' UNOPPOSED MOTION FOR CONTINUANCE

Defendant Thor Alexander Morris' Motion for Continuance is hereby:

_____      GRANTED

_____      DENIED

Signed in Houston, Texas on this the \_\_\_\_\_ day of _____, 2010.

_____
Vanessa Gilmore
United States District Judge