IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN  DISTRICT OF TEXAS
HOUSTON  DIVISION

UNITED STATES OF AMERICA          §
                                  §
VS.                               §          CRIMINAL NO.  H:‌10 - 512
                                  §
Thor Alexander Morris             §
                                  §

## O R D E R

Pending before the Court is the Defendant's unopposed motion for continuance of the trial

setting.  The Defendant requests a week continuance under 18 U.S.C. §3161(h)(8)(A) in order to

allow for the continuation of plea negotiations.  The Defendant anticipates that the negotiations will

conclude by January 29, 2007.

The basis for a continuance under 18 U.S.C. § 3161(h)(8)(A) is a finding that the ends of

justice served by granting such continuance outweigh the best interests of the public and the

Defendant in a speedy trial.  An "end of justice" continuance under 18 U.S.C. § 3161(h)(8)(A), such

as that requested herein, was "intended for use in situations that do not fall within one of the

exclusions specifically set out in 18 U.S.C. § 3161(h)(1)-(7)." *United States v. Fields*, 39 F.3d 439,

445 n.6 (3d Cir. 1994).  One such situation is to provide the parties with additional time to pursue

plea negotiations. *Id.* ("We therefore see no reason why an 'ends of justice' continuance may not

be granted in appropriate circumstances to permit plea negotiations to continue").  The Court

therefore finds that granting the continuance under these circumstances and the ends of justice served

thereby outweigh the best interests of the public and the Defendant in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendant's motion for continuance is **GRANTED**.

A period of excludable delay shall commence from today, _Nov 22, 2010_ , pursuant to 18 U.S.C.

§ 3161(h)(8)(A), and end upon the start of trial.  Trial of this case is hereby scheduled to commence

on _Jan 18, 2011_ .

SIGNED on this the _22nd_ day of _Nov._ , 2010, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE