IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

versus                                            Criminal No. H-10-512

THOR ALEXANDER MORRIS

### NOTICE OF SETTING
YOU ARE DIRECTED TO APPEAR BEFORE:

Judge Vanessa D. Gilmore
in Courtroom 9A on the 9th Floor
United States Courthouse
515 Rusk
Houston, TX  77002

on January 18, 2011 at 9:30 a.m.

### PURPOSE OF PROCEEDING

- [x] Rearraignment
- [ ] Sentencing
- [ ] Pretrial Conference
- [ ] Revocation Hearing
- [ ] Jury Selection & Trial
- [ ] Motion Hearing
- [ ] Other:
- [ ] Status Conference

(Defendant(s) are not required to attend the pretrial conference.)

cc:    AUSA  - Suzanne Elmilady
       Defense Counsel - Kelly Case
       U.S. Probation Office
       Case Manager   Esthela Mares
       Interpreter -