IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § § § | CRIMINAL H-10-512 |
| THOR ALEXANDER MORRIS | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count ____1____, a presentence report is ordered.

1. By February 22, 2011 the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By March 8, 2011 counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By March 22, 2011, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **May 9, 2011** at 9:30 **a.m.** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed __1-18-11__

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

Copies: United States Probation
AUSA: Suzanne Elmilady
Defense Counsel: Kelly W Case
Defendant is   ☒ on bond   ☐ in custody.