IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CRIMINAL NO. 4:10CR00512-001 |
| § | |
| § | |
| § | |
| THOR ALEXANDER MORRIS § | |

**ORDER RESETTING SENTENCING**

At the request of the Probation Office, the sentencing of the Defendant is hereby reset.

1. The Pre-sentence Investigation Report was available to the Defendant by March 28, 2011.

2. Counsel will file objections or a statement within fourteen (14) days after disclosure.

3. The sentencing will be held:

   Date: May 9, 2011

   Time: 9:30 AM

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the _1st_ day of _Feb._, 201_1_, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

[Copy: USPO Deyanira Loredo]