February 15th, 2011

To Whom It May Concern,

I am writing on behalf of Thor Alexander Morris. I have known Thor for the past 3 years in my capacity as Customer Service Manager at Food Lion. In those three years I have known him to be a dedicated, hardworking and caring employee. It is this incredible worth ethic that convinced me to promote Thor to Assistant Customer Service Manager. During a transition phase between Store Managers I was called up to act as the temporary Store Manager and it was none other than Thor that I recommended to act as Customer Service Manager in my absence. His ability to quickly master new management roles at such a young age suggests that he has a very bright future ahead of him at Food Lion.

I have spoken to Thor several times since he was arrested and he has told me that he is absolutely ashamed and disappointed by his actions and that he is eager to repay his debt to society. I only ask that you consider a lenient punishment for his actions in order for him to get the help he requires and together with our support continue to be an asset to his family and the general public.

Please feel free to contact me if you would like to discuss this matter further.

Sincerely,

*Lisa Sanford*

Lisa Sanford
(910) 389-6301

January 23, 2011

To Whom It May Concern:

I am writing this letter in order to provide a reference for Thor Alexander Morris.

I am currently employed as an Assistant Store Manager at Food Lion, where I have been employed for the previous 18 years.

I have known Thor for the last 5 years, when he began his employment at Food Lion. During that time I developed a close relationship with Thor not only as the Assistant Store Manager but as a friend as well.

During the past 5 years I have known him Thor has been a model employee and a trustworthy friend. It has been a pleasure to watch as Thor worked himself up from the bagger position he was hired at to Assistant Customer Service Manager.

Thor has told me that he has pled guilty to "Unauthorized access to a computer with the intent to defraud". From talking with him over the past 11 months about this issue I believe that Thor is genuinely sorry and embarrassed about his actions. Based on his behavior over the past 5 years I also find his actions are out of character.

Feel free to contact me if you would like any further information

Thank you,

*David Deshong*

David Deshong

(910) 326-5759

To Whom It May Concern:

I am the stepmother of Thor Alexander Morris. I have known Thor for 5 years. We met when his Father and I were dating. He was 15, soon after he turned 16 he took it upon himself to find a job. After much effort he was hired at Food Lion where he worked diligently and before too long became an assistant manager. After graduating high school, he attended college where he is pursuing a major in Business. I've also heard him talk of joining the military.

Thor is an intelligent, considerate, thoughtful and exceptional young man. I have seen him put others before himself. This incident has hindered his plans, but he has aspired to persevere. He realizes that the mistake is done, and now what's important is what he takes away from this experience. I see him preoccupied with what repercussions this could have in his life and he exhibits much remorse and regret. He knows that along with all his family, his Father and I are here for support, and guidance. We are invested in helping him stay on track for a bright future. I have faith in his ability to learn from this and move forward.

Allison Morris

To Whom It May Concern:

I am the Father of Thor Alexander Morris. I have watched him grow into a young man that I am proud of. He has always been a person that will help others. He has always been interested in business and making money. He and his brother owned and operated their own dwarf rabbit business at about 10 years old. He obtained a job at Foodlion Grocery chain and quickly moved up to an assistant manager position which gave him great pride. He is attending college pursuing a degree in Business Management and has talked of going in the military as an officer.

During the time that has passed since this incident, I have witnessed him become a more mature person. He fully understands the stupid mistakes he has made in his life and fears the consequences that this incident will have on his future. He clearly understands what he attempted was wrong and stupid, and that it would not have worked. He feels remorseful to say the least, and regrets attempting something so stupid, which has caused an interruption in the forward progress that he has worked so hard towards. He has always been told that you don't expect anything for free and hard work is the only thing that will make money. But, sometimes the human condition leads people to do things that we know are not right.

I helped Thor obtain a new job at Dominos Pizza since the incident and he is again quickly gaining the respect of others he is working with. He has a positive work ethic and works well with others. He is quick to help new employees learn the duties and policies required in the job. He is a quick learner and if he does not understand will ask for help and redirection, although he does have a hard time asking for help for personal issues for himself.

I know that his positive attitude will get him through the difficult times ahead in his life. I will always be there to support him and provide counsel when asked for. Thor has the full support of his family and we have the watchful duty to make sure he keeps his life heading in the right direction.

Robert A. Morris SW IAT