IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.  Case No. H-10CR512

THOR ALEXANDER MORRIS

DEFENDANT

**DEFENDANT THOR ALEXANDER MORRIS' NOTICE OF APPEAL**

TO THE HONORABLE VANESSA D GILMORE:

The Defendant in the above styled and numbered cause, Thor Alexander Morris, gives notice of appeal in this cause to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 9th day of May, 2011.

Respectfully Submitted,

*/s/ Kelly W. Case*
**KELLY W. CASE**
Texas State Bar Number:  03954070
Case Law, P.L.L.C.
2002 Timberloch Place
The Woodlands, TX 77380
Telephone:  (281) 296-5752
Fax:  (281) 419-3599

Attorney for the Defendant,
Thor Alexander Morris

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant Thor Alexander Morris' Notice of

Appeal was sent through CM/ECF for filing with the United States District Clerk's Office and a copy forwarded through that electronic filing to Ms. Suzanne Elmilady, Assistant United States Attorney, whose email; address is suzanne.elmilady@usdoj.gov on the 17th day of May, 2011.

/s/ Kelly W. Case
**KELLY W. CASE**