IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.    Case No. H-10-CR-00512

THOR ALEXANDER MORRIS,

DEFENDANT

### DEFENDANT THOR ALEXANDER MORRIS' MOTION TO ALLOW WITHDRAWAL OF COUNSEL

TO THE HONORABLE VANESSA D. GILMORE:

The Defendant in the above styled and numbered cause, Thor Alexander Morris, under Rule 83.2 of the Local Rules for the Southern District of Texas, respectfully moves the Court for an order permitting KELLY W. CASE to withdraw as attorney of record. In support of this motion, Thor Alexander Morris, would show the Court as follows:

**I.**

Defendant has requested a Notice of Appeal, which has been filed, and withdrawing counsel was trial counsel. Defendant is requesting that appellant counsel be appointed for the appeal of this matter.

The Defendant will not be prejudiced if counsel is permitted to withdraw.

The Defendant can receive all further pleadings and correspondence at the following address:

555 Chief Court

Jacksonville, North Carolina 28546

Home Phone: 910-389-2764

Work Phone: NA

Thor Alexander Morris respectfully requests that this motion be granted in its entirety.

Respectfully Submitted,

*/s/ Kelly W. Case*
KELLY W. CASE
Texas State Bar Number:  03954070
Case Law, P.L.L.C.
2002 Timberloch Place, Suite 200
The Woodlands, TX 77380
Telephone:  (281) 296-5752
Fax:  (281) 419-3599

Attorney for the Defendant,
Thor Alexander Morris

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Thor Alexander Morris' Motion to Allow Withdrawal of Counsel was sent through PACER to Suzanne Elmilady, Assistant United States Attorney on the 17th day of May, 2011.

*/s/ Kelly W. Case*
KELLY W. CASE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                                                  Case No. H-10-CR-00512

THOR ALEXANDER MORRIS,

    DEFENDANT

### ORDER ON DEFENDANT THOR ALEXANDER MORRIS' UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Defendant Thor Alexander Morris' Motion to Allow Withdrawal of Counsel is hereby:

_____        GRANTED

_____        DENIED

Signed in Houston, Texas on this the _____ day of _____, 2011.

_____
Vanessa Gilmore
United States District Judge