APPEAL

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:10-cr-00512-1
## Internal Use Only

Case title: USA v. Morris                    Date Filed: 07/21/2010
Magistrate judge case number: 4:10-mj-00352  Date Terminated: 05/13/2011

---

Assigned to: Judge Vanessa D
Gilmore

**Defendant (1)**

**Thor Alexander Morris**              represented by  **Federal Public Defender -**
*Bond: $50,000.00 Unsecured*                            **Houston**
*TERMINATED: 05/13/2011*                                440 Louisiana
                                                        Ste 310
                                                        Houston, TX 77002
                                                        713-718-4600
                                                        Fax: 713-718-4610
                                                        *TERMINATED: 04/26/2010*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kelly W Case**
                                                        Case Law PLLC
                                                        2203 Timberloch Place
                                                        Ste 100
                                                        The Woodlands, TX 77380
                                                        281-296-5752
                                                        Fax: 281-419-3599
                                                        Email: kwcase@caselawpllc.com
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

**Pending Counts**                              **Disposition**

FRAUD AND RELATED
ACTIVITY IN CONNECTION                          37 months confinement; 3 yrs
WITH COMPUTERS                                  SPR; $100 special assessment
(1)

## Highest Offense Level (Opening)

Felony

## Terminated Counts                                    ## Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                                           ## Disposition

Knowingly and with the intent to
defraud attempt to access a
protected automated teller
machine, without authorization
and by means of such conduct
further intended to fraud and
attempt to obtain money from the
siad protected access device; In
violation of 18 USC 1030(a)(4)
and (b);, 18:1030A.F

## Plaintiff

**USA**                               represented by  **Suzanne Elmilady**
                                                      United States Attorney Office
                                                      PO Box 61129
                                                      Houston, TX 77208
                                                      713-567-9574
                                                      Fax: 713-718-3300
                                                      Email:
                                                      suzanne.elmilady@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Financial Litigation**
                                                      U S Attorney's Office

Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - H**
515 Rusk
10th Floor
Houston, TX 77002
713-718-4800
Fax: 713-718-4848
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs - H**
515 Rusk
6th Floor
Houston, TX 77002
713-250-5218
Fax: 713-250-5666
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - H**
515 Rusk
2nd Floor
Houston, TX 77002
713-250-5266
Fax: INS_prob1
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2010 | 1 | Cr. COMPLAINT as to Thor Alexander Morris (1), filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/23/2010) |
| 04/23/2010 | | (Court only) Arrest Warrant Issued in case as to Thor Alexander Morris ( Issued by Magistrate Judge Stephen Smith), filed. |

| | | |
|---|---|---|
| | | (mlerma, ) [4:10-mj-00352] (Entered: 04/23/2010) |
| 04/23/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: INITIAL APPEARANCE as to Thor Alexander Morris, (Deft informed of rights) held on 4/23/2010. Appearances:G. Cooke AUSA.(ERO:Yes) Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | | Arrest of Thor Alexander Morris, filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 3 | Sealed Financial Affidavit CJA 23 by Thor Alexander Morris, filed. [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Houston for Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 5 | ORDER Scheduling a Detention hearing 04/26/10 as to Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/26/2010 | 7 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: DETENTION HEARING as to Thor Alexander Morris held on 4/26/2010 Federal Public Defender conflicted out and withdrawn as counsel.Appearances:M. White AUSA. (ERO:Yes) Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/26/2010 | | Attorney update in case as to Thor Alexander Morris. Attorney Federal Public Defender - Houston terminated. (mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/27/2010 | 6 | CJA 20 as to Thor Alexander Morris Appointment of Attorney Kelly W Case for Thor Alexander Morris..(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/28/2010 | 8 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: DETENTION HEARING as to Thor Alexander Morris held on 4/28/2010 Appearances:M. White AUSA. Kelly W Case.(ERO:Yes) Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/30/2010) |
| 04/28/2010 | 9 | WAIVER of Preliminary Hearing by Thor Alexander Morris, |

| | | |
|---|---|---|
| | | filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/30/2010) |
| 04/28/2010 | 15 | Unsecured Appearance Bond Entered as to Thor Alexander Morris in amount of $ 50,000.00 Unsecured,, filed. (mlerma, ) (Additional attachment(s) added on 5/5/2010: # 1 un redacted Appearance Bond) (mlerma, ). Modified on 7/23/2010 (mlerma, ). (Entered: 05/05/2010) |
| 04/29/2010 | | Attorney update in case as to Thor Alexander Morris. Attorney Kebharu H Smith for USA added. (mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 04/29/2010 | 12 | MOTION to Seal by USA as to Thor Alexander Morris, filed. (mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 04/30/2010 | 13 | ORDER denying 12 Motion to Seal as to Thor Alexander Morris (1).(Signed by Magistrate Judge Stephen Smith.) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 05/03/2010 | 10 | Pretrial Services Report (Sealed) as to Thor Alexander Morris, filed. (aallen, ) [4:10-mj-00352] (Entered: 05/03/2010) |
| 05/03/2010 | 11 | Addendum to 10 Pretrial Services Report (Sealed) as to Thor Alexander Morris, filed. (aallen, ) [4:10-mj-00352] (Entered: 05/03/2010) |
| 05/03/2010 | 16 | ORDER Setting Conditions of Release as to Thor Alexander Morris (1) $50,000.00 Unsecured.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 05/05/2010) |
| 05/04/2010 | 14 | Warrant issued 4/23/2010 Returned Executed on 4/23/2010 in case as to Thor Alexander Morris, filed. (ckrus, ) [4:10-mj-00352] (Entered: 05/05/2010) |
| 05/18/2010 | 17 | First MOTION for Waiver Time Limit for Indictment by Thor Alexander Morris, filed. (Case, Kelly) [4:10-mj-00352] (Entered: 05/18/2010) |
| 05/18/2010 | | US ATTORNEY'S NOTICE OF APPEARANCE. Suzanne Elmilady appearing for USA, filed.(Elmilady, Suzanne) [4:10-mj-00352] (Entered: 05/18/2010) |
| 06/15/2010 | 18 | WAIVER OF TIME LIMIT FOR INDICTMENT by Thor Alexander Morris, filed.(Case, Kelly)[4:10-mj-00352] Modified on 7/23/2010 (emares, ). (Entered: 06/15/2010) |
| 07/21/2010 | 19 | INDICTMENT (The original indictment with the signature of the |

| | | |
|---|---|---|
| | | grand jury foreperson is on file under seal with the clerk) as to Thor Alexander Morris (1) count(s) 1, filed. (thanniable, ) (Entered: 07/22/2010) |
| 07/21/2010 | 20 | US Attys Criminal Docket Sheet as to Thor Alexander Morris, filed.(thanniable, ) (Entered: 07/22/2010) |
| 07/21/2010 | 21 | ORDER for Issuance of Notice of Indictment as to Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified. (thanniable, ) (Entered: 07/22/2010) |
| 07/22/2010 | 22 | NOTICE OF SETTING as to Thor Alexander Morris. Arraignment set for 7/29/2010 at 10:00 AM in Courtroom 701 before Magistrate Judge Mary Milloy, filed. (thanniable, ) (Entered: 07/22/2010) |
| 07/29/2010 | 23 | Minute Entry for proceedings held before Magistrate Judge Mary Milloy: ARRAIGNMENT as to Thor Alexander Morris (1) Count 1 held on 7/29/2010. Appearances:Michael Kusin for Suzanne Elmilady, Kelly W Case.(ERO:Y) Deft continued on bond, filed.(dgould) (Entered: 07/30/2010) |
| 07/29/2010 | 24 | SCHEDULING ORDER as to Thor Alexander Morris. ETT:2 days: Speedy Trial Limits Waived? N: Dispositive & Non-Dispositive Motion Filing due by 8/18/2010, Responses due by 8/27/2010, Pretrial Conference set for 9/20/2010 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore, Proposed Voir Dire due by 9/17/2010, Jury Trial set for 9/27/2010 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Magistrate Judge Mary Milloy) Parties notified. (dgould) (Entered: 07/30/2010) |
| 08/31/2010 | 25 | Agreed MOTION to Continue Trial by Thor Alexander Morris, filed. (Case, Kelly) (Entered: 08/31/2010) |
| 09/15/2010 | 26 | ORDER granting 25 Motion to Continue Trial as to Thor Alexander Morris (1). Jury Trial reset for 11/29/2010 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore.) Parties notified.(bthomas, ) (Entered: 09/16/2010) |
| 09/15/2010 | | **Terminate Deadlines and Hearings as to Thor Alexander Morris: PTC for 9/20/2010. (bthomas, ) (Entered: 09/16/2010) |
| 11/19/2010 | 27 | Agreed MOTION to Continue Trial by Thor Alexander Morris, filed. (Case, Kelly) (Entered: 11/19/2010) |

| | | |
|---|---|---|
| 11/22/2010 | 28 | ORDER granting 27 Motion to Continue as to Thor Alexander Morris (1) Jury Trial set for 1/18/2011 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore.) Parties notified.(emares, ) (Entered: 11/24/2010) |
| 01/10/2011 | 29 | NOTICE OF RESETTING as to Thor Alexander Morris.. Re-Arraignment set for 1/18/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore, filed.(emares, ) (Entered: 01/10/2011) |
| 01/18/2011 | | Minute Entry for proceedings held before Judge Vanessa D Gilmore: RE-ARRAIGNMENT not held on 1/18/2011. Defendant decided not to plea. Defendant's oral motion for continuance of trial is granted. Jury Trial is set for February 28, 2011 at 1:30 p.m. Appearances: Suzanne Elmilady, Kelly W Case.(Court Reporter: C. Barron) Deft continued on Bond, filed. (bthomas, ) (Entered: 01/18/2011) |
| 01/18/2011 | | Minute Entry for proceedings held before Judge Vanessa D Gilmore: RE-ARRAIGNMENT held on 1/18/2011. Thor Alexander Morris (1) Guilty Count 1. Defendant decided to go forward with the plea. Sentencing set for May 9, 2011. Appearances: Suzanne Elmilady, Kelly W Case.(Court Reporter: C. Barron) Deft continued on Bond, filed.(bthomas, ) (Entered: 01/18/2011) |
| 01/18/2011 | 30 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Thor Alexander Morris. PSI Completion due by 2/22/2011 Objection to PSI due by 3/8/2011 Final PSI due by 3/22/2011 Sentencing set for 5/9/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, ) (Entered: 01/18/2011) |
| 02/01/2011 | 31 | Order Resetting Sentencing. Sentencing set for 5/9/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore) Parties notified. (emares, ) (Entered: 02/01/2011) |
| 04/07/2011 | 32 | Statement of No Objections to PSR (Sealed) by USA as to Thor Alexander Morris, filed. (Entered: 04/07/2011) |
| 04/14/2011 | 33 | Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/14/2011 | 34 | Confidential Sentencing Recommendation(Sealed) regarding |

| | | |
|---|---|---|
| | | Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/14/2011 | 35 | Sealed Addendum to 33 Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/27/2011 | 36 | Objections to PSR as to Thor Alexander Morris, filed. (Case, Kelly) Modified on 5/4/2011 (emares, ). (Entered: 04/27/2011) |
| 05/03/2011 | 37 | Sealed Second Addendum to 33 Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (sshannon, ) (Entered: 05/03/2011) |
| 05/09/2011 | | Sentencing Minute Entry for proceedings held before Judge Vanessa D Gilmore: held on 5/9/2011 for Thor Alexander Morris (1), Count(s) 1, 37 months confinement; 3 yrs SPR; $100 special assessment Appearances:Craig Feazel AUSA; Deyanira Loredo USPO. Kelly W Case.(Court Reporter: Stephanie Carlisle) Deft continued on bond, filed.(emares, ) (Entered: 05/09/2011) |
| 05/09/2011 | 38 | LETTER OF SUPPORT RE: Sentencing as to Thor Alexander Morris, filed.(emares, ) (Entered: 05/09/2011) |
| 05/13/2011 | 39 | JUDGMENT as to Thor Alexander Morris.(Signed by Judge Vanessa D Gilmore) Parties notified. (mfoley) (Entered: 05/16/2011) |
| 05/13/2011 | 40 | Statement of Reasons (Sealed) as to Thor Alexander Morris, filed. (Entered: 05/16/2011) |
| 05/17/2011 | 41 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Thor Alexander Morris,filed.(Case, Kelly) (Entered: 05/17/2011) |
| 05/17/2011 | 42 | First MOTION to Withdraw as Attorney by Kelly W Case by Thor Alexander Morris, filed. (Case, Kelly) (Entered: 05/17/2011) |