Activity in Case 4:10-cr-00512 USA v. Morris Notice of Appeal - Judgment and Sentence
DCECF_LiveDB
to:
DC_Notices
05/17/2011 02:42 PM
Show Details

**11-20386**

*U.S. COURT OF APPEALS RECEIVED MAY 17 2011 NEW ORLEANS, LA.*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

*UNITED STATES COURTS SOUTHERN DISTRICT OF TEXAS FILED MAY 23 2011 David J. Bradley, Clerk of Court*

The following transaction was entered by Case, Kelly on 5/17/2011 at 2:38 PM CDT and filed on 5/17/2011
**Case Name:**       USA v. Morris
**Case Number:**     4:10-cr-00512
**Filer:**           Dft No. 1 - Thor Alexander Morris
**Document Number:** 41

**Docket Text:**
**NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Thor Alexander Morris, filed. (Case, Kelly)**

4:10-cr-00512-1 Notice has been electronically mailed to:

Financial Litigation     flu.usatxs-@usdoj.gov

Kelly W Case     kwcase@caselawpllc.com

Suzanne Elmilady     suzanne.elmilady@usdoj.gov, jennifer.berry@usdoj.gov

4:10-cr-00512-1 Notice has not been electronically mailed to:

US Marshal - H
515 Rusk
10th Floor
Houston, TX 77002

US Pretrial Svcs - H
515 Rusk
6th Floor