IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                                   Case No. H-10-CR-00512

THOR ALEXANDER MORRIS,

    DEFENDANT

## ORDER ON DEFENDANT THOR ALEXANDER MORRIS' UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Defendant Thor Alexander Morris' Motion to Allow Withdrawal of Counsel is hereby:

__✓_____           GRANTED

_____           DENIED

Signed in Houston, Texas on this the 23rd day of May, 2011.

Vanessa Gilmore
United States District Judge