IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § § | CRIMINAL NO. H-10-512 |
| THOR ALEXANDER MORRIS | § | |

## ORDER

The Court finds that the interests of justice dictate that Defendant have assistance of counsel to go forward for the purpose of Defendant's appeal. This case is referred to Magistrate Judge Mary Milloy for the appointment of counsel for Defendant.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on the __24th__ day of __May__, 2010 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE