IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
VS §
§   CRIMINAL ACTION NO:4:10CR512-001

THOR ALEXANDER MORRIS (33297-279)

## ORDER TO SURRENDER

Having been sentenced to the custody of the Attorney General,

Thor Alexander Morris

is ordered to surrender by 2:00 p.m. on **June 16, 2011,** at

FCI Bennettsville, 696 Muckerman Road, Bennettsville, SC. 29512.

SIGNED at Houston, Texas on  June 2  , 2011.

**Vanessa D. Gilmore
United States District Judge**