**FedEx Express** — NEW Package US Airbill

FedEx Tracking Number: 8764 2868 6090
Form ID No.: 0215

**From** *Please print and press hard.*
Date: 6/2/11
Sender's Name: C. Lamey
Company: US DISTRICT COURT/CLERK
Address: 515 RUSK ST STE 5300
City: HOUSTON   State: TX   ZIP: 77002-2600

**To**
Recipient's Name: Thor Alexander Morris
Address: 555 Chief Ct.
City: Jacksonville   State: NC   ZIP: 28540

0438220353

4:10cr512-1

**4 Express Package Service**
[✓] FedEx Standard Overnight

**5 Packaging**
[✓] FedEx Envelope*

**6 Special Handling and Delivery Signature Options**
[✓] Direct Signature
Dangerous goods: [✓] No

**7 Payment** Bill to:
[✓] Sender

611