# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 22, 2011

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 2 5 2011

David J. Bradley, Clerk of Court

    No. 11-20386, USA v. Thor Morris
        USDC No. 4:10-CR-512-1

Dear Mr. Bradley:

In this case, the 30-day transcript discount period expired on 8/11/11, and to date the transcript has not been filed. Therefore, the court reporter must discount the CJA 24 voucher by 10%. Additionally, in accordance with Fifth Circuit practice, if the transcript is not filed by 9/12/11, we will implement a 20% discount, **without further notice.**

                Sincerely,
                LYLE W. CAYCE, Clerk

                By:    /s/Lyle W. Cayce
                Lyle W. Cayce

cc:  Ms. Stephanie Kay Carlisle, Court Reporter
     Ms. Renata Ann Gowie
     Mr. Russell Matthew Soloway