Thor Alexander Morris   #33297-279
FPC Bennettsville
PO Box 52020
Bennettsville, SC
29512


US District Court
Clerk of Court
515 Rusk Street
Houston, TX   77002


To Clerk of Court:

   I am requesting that I be sent a complete copy of my court docket.  I was convicted on or about January 6th, 2011 and sentenced on May 9, 2011 by US District Court Judge Gilmore.

   I would also like to recieve the transcripts of my plea hearing and sentencing if such transcripts can be provided at no charge in forma pauperis.  If said transcripts cannot be provided at no charge could you forward the instructions for obtaining the transcripts and a description of the applicable costs?

   Thank you for your time and consideration.


                                            Sincerely,

                                            [signature]

                                            Thor Alexander Morris

Thor Morris #33297-279
FPC Bennettsville
PO Box 52020
Bennettsville, SC 29512

⇔33297-279⇔
Us District Court
Clerk of Court
515 RUSK ST
Houston, TX 77002
United States