Thor Alexander Morris #33297-279  
Federal Prison Camp Bennettsville  
Post Office Box 52010  
Bennettsville, SC  29512-5220

Case Number: H-10CR512  
12/31/2011

Clerk of Court  
Bob Casey U.S. Courthouse  
515 Rusk Avenue  
Houston, Texas  77002

United States District Court  
Southern District of Texas  
FILED  

JAN 0 6 2012  

C.L.k

Dear Clerk of Court,

    Enclosed you will find a sworn Financial Affidavit from myself, Thor Alexander Morris.  The purpose of this Financial Affidavit is to receive a court appointed public defender to help me with my pending direct appeal.  My case number is H-10CR512 and both my plea hearing and sentencing hearing were held in front of the Honorable Judge Vanessa Gilmore.

    I am unsure of what other steps I must take to be appointed a court appointed public defender to help with my appeal.  If possible could you send any other necessary instructions to the above listed address?

                   Thank you for your time.

                                                 Respectfully submitted,

                                                 Thor Alexander Morris

P.S. I am also having my mother fax a copy of both this letter and my financial affidavit sometime during the week of 1/2/2012, if you have already received that fax then this letter can be ignored, or vis-versa.

Thor Alexander Morris #33297-279
Federal Prison Camp Bennettsville
Post Office Box 52010
Bennettsville, SC 29512-5220

Legal Mail
Notice is Given

7002600

FLORENCE SC 295
03 JAN 2012 PM 1 L

Clerk of Court
Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, Texas 77002

Legal Mail
Notice is Given