Thor Alexander Morris   #33297-279
Federal Prison Camp Bennetsville
Post Office Box 52010
Bennettsville, SC   29512-5220

01/12/2012

United States Courthouse
Clerk of Court
515 Rusk Avenue
Houston, TX   77002

UNITED STATES
SOUTHERN DIST...
FILED

JAN 1 7 2012

David J Bradley, Clerk

To Clerk of Court,

    I humbly request a copy of my plea agreement, or instructions on how I can receive my plea agreement.  My case number is H-10CR512 and my case was heard in front of District Court Judge Vanessa Gilmore.

                                       Sincerely,

                                        Thor Alexander Morris

Thor Alexander Morris #33297-279
Federal Prison Camp Bennettsville
Post Office Box 52010
Bennettsville, SC 29512-5220

UNITED
SOUTHERN
FILED   TEXAS
JAN 1 7 2012
David J. Bradley, Clerk of Court

United States Courthouse
Clerk of Court
515 Rusk Avenue
Houston, TX 77002

USA FIRST-CLASS FOREVER