Thor Alexander Morris 33297-279  
Federal Prison Camp  
PO Box 52010  
Bennettsville, SC   29512-5220

03/19/2012

United States Courts  
Southern District of Texas  
FILED

MAR 2 2 2012

David J. Bradley, Clerk of Court

Clerk of Court  
Bob Casey Court House  
US District Court  
515 Rusk Street  
Houston, TX   77002

Dear Clerk,

    Could you please send me a copy of the docket sheet. The only number that I am able to provide is the number that was provided to me by the Public Defenders Office of the District of South Carolina, 4:10-512.

    The additional letter included a copy of the one I sent to counsel of record and I would like it filed and forwarded to him again.

Thank you,

Thor Alexander Morris

Thor Alexander Morris 333297-279				03/19/2012
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220

United States Courts
Southern District of Texas
FILED

Russell M Soloway
Law Office of R. Soloway				MAR 2 2 2012
PO Box 301563
Austin, TX  78703

David J. Bradley, Clerk of Court

Mr. Soloway,

   I would like for you to, based on the fact that we talked on 3/14/2012 and you told me I had no meritorious issues for appeal, move for leave to withdraw and file an Anders brief. Filing the Anders brief would give me the opportunity to file a brief pro se to present the issues I believe have merit. Also I would like a copy of the breif(s), yours and the government's, that were filed concerning my appeal. As well as copies of the Rule 11 hearing transcripts and sentencing transcripts. I would like a copy of my indictment and all discovery materials as well. These documents are requested so that I may properly pursue any issues I may have now or later.

					Thank you,

					Thor Alexander Morris

Thor Alexander Morris #33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

FEDERAL CORRECTIONAL INST.
696 MUCKERMAN RD. BENNETTSVILLE, S.C. 29512
DATE 03/14/2012
THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.

FLORENCE SC 295
19 MAR 2012 PM 1 T

Clerk of Court
US District Court
Southern District of Texas — Houston
Bob Casey Courthouse
515 Rusk Street
Houston, TX 77002

United States Courts
Southern District of Texas
FILED
MAR 22 2012
David J. Bradley, Clerk of Court