Thor Alexander Morris   #33297-279         3/19/2012
Federal Prison Camp
PO Box 52010
Bennettsville, SC   29512-5220

Clerk of Court
Fifth Circuit Court of Appeals
Bob Casey Courthouse
515 Rusk Street, 1st Floor
Houston, TX   77002

United States Courts
Southern District of Texas
FILED

MAR 2 2 2012

David A. Bradley, Clerk of Court

Dear Clerk,

    Could you please send me a copy of the docket sheet. The only number that I am able to provide is the number that was provided to me by the Public Defenders Office of the District of South Carolina, 4:10-512.

Thank you,

Thor Alexander Morris

Thor Alexander Morris #33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

FLORENCE SC 295
19 MAR 2012 PM 1 T

United States Courts
Southern District of Texas
FILED

MAR 2 2 2012

David J. Bradley, Clerk of Court

Clerk of Court
Fifth Circuit Court of Appeals
Bob Casey Courthouse
515 Rusk Street, 1st Floor
Houston, TX 77002-2600

77002260