# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

David Bradley
CLERK

P.O. BOX 61010
HOUSTON, TX 77208

February 29, 2012

United States Courts
Southern District of Texas
FILED
MAR 2 2 2012
David J. Bradley, Clerk of Court



Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

IN RE: USA v Thor Alexander Morris
District Court Case No.: 4:10-cr-00512
Circuit Court Case No.: 11-20386

Dear Mr. Cayce:

Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter. This record contains **3** volumes of the printed record on appeal.

- Copies of Transcripts are enclosed.

- Copies of sealed documents exist and are enclosed.

- Supplement enclosed.

Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David Bradley, Clerk

L. Filmore
Deputy Clerk