Thor Alexander Morris #33297-279             04/02/2012
Federal Prison Camp
PO Box 52010
Bennettsville, SC   29512


Clerk of Court
US District Court
Southern District of Texas
Bob Casey US Courthouse
515 Rusk Avenue
Houston, TX   77002

United States Courts
Southern District of Texas
FILED
APR 0 5 2012
David J. Bradley, Clerk of Court

Dear Clerk,

    Can you please send me a copy of the transcripts for my arraignment held on 1/18/2011 (Docket Entry #54) where I plead guilty. I would also like a copy of the transcripts for my sentencing hearing held on 5/9/2011 (Docket Entry #57) and a copy of the indictment (Docket Entry #19). My case number is 4:10-cr-00512-1. I have asked my attorney on record, Mr. Soloway, for a copy of each of the above and he refuses to provide me them.


                                            Thank you for your time,

                                            Thor Alexander Morris

Thor Alexander Morris #33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

United States Courts
Southern District of Texas
FILED
APR 0 5 2012
David J. Bradley, Clerk of Court

FLORENCE SC 295
02 APR 2012 PM 1 T

Clerk of Court
US District Court
Southern District of Texas
Bob Casey US Courthouse
515 Rusk Avenue
Houston, TX 77002