IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 2 6 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>    Plaintiff - Respondent  )<br>)<br>)<br>v.                       )<br>)<br>Thor Alexander Morris        )<br>    Defendent - Petitioner  ) | Case No. 4:10-cr-00512-1<br>Application to Proceed<br>in forma pauperis |

    Petitioner, Thor Alexander Morris, requests that this Honorable Court allow Petitioner to proceed in forma pauperis for purposes of his 28 USC §2255 Motion, Motion for Copies pursuant to 28 USC §753(f), a future Motion for Discovery, and any other Motions related to his 28 USC §2255 Motion.

    Petitioner asks that this Court make the determination whether he can proceed in forma pauperis based on the Financial Affidavit filed with this Court on 1/09/2012 (Docket Entry #60); or, in the alternative, he asks that he be provided with another Financial Affidavit form.

## Conclusion

    For the foregoing reasons, Petitioner requests that this Honorable Court grant Petitioner's Application to Proceed in forma pauperis.

    Petitioner, Thor Alexander Morris, swears under penalty of perjury that the foregoing is true and accurate to the best of his knowledge.

Respectfully Submitted,
This 23rd day of April, 2012.

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220

- 1 -