

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp - Bennettsville
PO Box 52010
Bennettsville, SC 29512-5220

United States Courts
Southern District of Texas
FILED
APR 2 6 2012
David J. Bradley, Clerk of Court

Clerk of Court
US District Court
Southern District of Texas
Bob Casey US Courthouse
515 Rusk Avenue
Houston, TX 77002

LEGAL MAIL

LEGAL MAIL