IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States of America )
    Plaintiff - Respondent )
)
) Case No. 4:10-cr-00512-1
v. ) Motion for Copies
)
)
Thor Alexander Morris )
    Defendent - Petitioner )
_____)

    Petitioner requests that this Honorable Court provide him with copies of his: Criminal Complaint (Docket Entry #1); Presentence Investigation Report (Docket Entry #33); both Addendums to his Presentence Investigation Report (Docket Entries #35 and #37); verbatim transcripts of the sentencing hearing held on 5/9/2011; and verbatim transcripts of both hearings held on 1/18/2011. As Petitioner is indigent (See Application to Proceed In Forma Pauperis recently filed with this Court), he cannot pay for the documents and transcripts, and requests that he be provided with such documents and transcripts pursuant to Title 28 U.S.C. §753(f).

### Necessary to Decide a Pending Action

    Petitioner recently filed a pending Motion to Vacate, Set Aside, or Correct Sentence pursuant to Title 28 U.S.C. §2255 with this Honorable Court. In said Motion, Petitioner identified three grounds upon which he asks this Court to vacate, set aside, or correct his sentence. In Petitioner's §2255 Motion, Petitioner frequently references the above listed documents and transcripts, based solely upon his personal recollection of the contents of those documents and transcripts. Petitioner being able to veiw the documents and transcripts will allow him to better convery his arguments to this Court and defend his arguments against the government's future response.

    Petitioner further asserts that all of his claims are meritorious. Brevitatis causa, Petitioner directs the Court's attention to the three claims as they are listed in Petitioner's §2255 Motion.

### Conclusion

For the foregoing reasons, Petitioner requests that this Honorable Court

grant Petitioner's Motion for Copies pursuant to Title 28 U.S.C. §753(f). Petitioner has a §2255 claim pending before this Court and the documents and transcripts he seeks are necessary to decide his nonfrivolous issues.

Petitioner, Thor Alexander Morris, swears under penalty of perjury that the foregoing is true and accurate to the best of his knowledge.

Respectfully Submitted,
This 24th day of April, 2012

Thor Alexander Morris
#33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512

//

//

//

//

//

//

//

//

//

//

//

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

FLORENCE SC 295
25 APR 2012 PM 1 L

FEDERAL CORRECTIONAL INSTITUTION
CKERMAN ROAD
*[illegible postmark stamp]* LESE 2912

THIS CLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER HAS
NEITHER BEEN OPENED NOR INSPECTED. IF
THE WRITER RAISES A QUESTION OR
PROBLEM OF WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO
ANOTHER ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE ADDRESS

7700232523

Clerk of Court
US District Court
Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

United States District Court
Southern District of Texas
FILED

APR 30 2012

David J. Bradley, Clerk of Court