# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 11-20386

United States Courts
Southern District of Texas
FILED

MAY 09 2012

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

THOR ALEXANDER MORRIS,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of May 07, 2012, pursuant to appellant's motion.

                                  LYLE W. CAYCE
                                  Clerk of the United States Court
                                  of Appeals for the Fifth Circuit

                                  By: _____
                                  James deMontluzin, Deputy Clerk

                  ENTERED AT THE DIRECTION OF THE COURT