# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 07, 2012

United States Courts  
Southern District of Texas  
FILED  
MAY 09 2012  
David J. Bradley, Clerk of Court

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 11-20386,  USA v. Thor Morris  
                  USDC No. 4:10-CR-512-1

Enclosed is a copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              James deMontluzin, Deputy Clerk  
                              504-310-7679

cc w/encl:  
    Mrs. Amy Howell Alaniz  
    Ms. Renata Ann Gowie  
    Mr. Russell Matthew Soloway