Thor Alexander Morris #33297-279　　　　　　　　　　05/07/2012
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220

　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　Southern District of Texas
　　　　　　　　　　　　　　　　　　　　　FILED

Clerk of Court　　　　　　　　　　　　　　MAY 1 1 2012
US District Court
515 Rusk Street
Houston, TX  77002　　　　　　　　David J. Bradley, Clerk of Court


Dear Clerk of Court,

　　　If possible, could you please send instructions to the address above on how to receive a copy of docket entries #12 and #13. My case number is 4:10-cr-00512-1.

　　　　　Thank you for your time and consideration.


　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　Thor Alexander Morris


P.S. Is your office in receipt of the §2255 motion and motion for copies that I mailed earlier last month?

Thor Alexander Morris #33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

FLORENCE SC 295
08 MAY 2012 PM 1 T

7002 3523

US District Court
Clerk of Court
515 Rusk Street
Houston, TX 77002

United States District Court
Southern District of Texas
FILED

MAY 11 2012

David J. Bradley, Clerk of Court

USA FIRST CLASS FOREVER