IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America )<br>    Plaintiff - Respondent )<br>    )<br>    )<br>v. )<br>    )<br>    )<br>Thor Alexander Morris )<br>    Defendant - Petitioner )<br>    ) | CRIMINAL NO. 4:10-cr-00512-1<br><br>Motion for Leave to Amend and Amendment |

Petitioner humbly requests that this Honorable Court allow him leave to amend his 18 USC §2255 Motion, which was filed in this court on 4/26/2012. Petitioner requests to amend his Motion in the following manner, pursuant to Fed. R. Civil P. 15(a).

### Amendment

In Petitioner's original §2255 Motion (D.E. 67) Petitioner requested that this Honorable Court vacate Petitioner's sentence and resentence him accordingly. Petitioner would like to clarify that he is merely asking for his sentence to be recalculated at Offense Level 16 Criminal History I (21 to 27 months), with a lateral sentence depature to probation and a sentence at the bottom of the guideline range. Petitioner also suggests that he should be given credit towards his probation for his ongoing incarceration. Such a recalculation, in lieu of a fullblown resentencing, would conserve both judicial resources and time.

### Conclusion

For the foregoing reasons, Petitioner prays that this Honorable Court grant Petitioner's Motion for Leave to Amend and allow him to file the above amendment to his §2255 Motion.

Respectfully Submitted,
This 25th day of May, 2012.

*[signature]*

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220


### Certificate of Service

The foregoing Motion for Leave to Amend and Amendment were placed in the Prison Legal Mail System on 5/25/2012. Petitioner, Thor Alexander Morris, knows this to be true and accurate to the best of his knowledge and makes such claim under the penalty of perjury.

Respectfully Submitted,
This 25th day of May, 2012.

*[signature]*

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220

/T

//

//

//

//

//

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

FLORENCE SC 295
29 MAY 2012 PM 2 L

7720681010

Clerk of Court
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

United States District Court
Southern District of Texas
FILED

JUN 1 2012

David J. Bradley, Clerk of Court