Thor Alexander Morris                              07/29/2012
Reg. No.  33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220



4:10-CR-512

Clerk of Court
US District Court
515 Rusk Street
Houston, TX  77002

Dear Clerk of Court,

    I am inquiring into the status of the motion that I filed on or about 4/24/2012.  Such motion was pursuant to Title 18 USC §2255.  Thank you for your time and consideration.

                                    Sincerely,

                                    Thor Alexander Morris

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

Clerk of Court
US District Court
515 Rusk Street
Houston, TX 77002

FLORENCE SC 295
30 JUL 2012 PM 1 T

United States Courts
Southern District of Texas
FILED
AUG 03 2012
David J. Bradley, Clerk of Court