8/29/2012

Dear Clerk of Court:

Can I please be provided with a copy of my docket sheet for Criminal Case #4:10-cr-00512? I am particularly interested in any entries made after 5/11/2012.

Thank you for your time and consideration.

United States District Court
Southern District of Texas
FILED

SEP 0 4 2012

David J. Bradley, Clerk of Court

Sincerely,

Thor Morris 33297-279
FPC Bennettsville
PO Box 52010
Bennettsville, SC 29512

Thor Alexander Morris 33297-279
FPC Bennettsville
P.O. Box 52010
Bennettsville, SC 29512

33297-279
Us District Court
Clerk of Court
515 RUSK ST
Houston, TX 77002
United States

United States District Court
Southern District of Texas
FILED

SEP 0 4 2012

David J. Bradley, Clerk of Court

FLORENCE SC 295
30 AUG 2012 PM 3 L


USA FIRST-CLASS