Thor Alexander Morris
Reg. No. 33297-279
FPC Bennettsville
PO Box 52010
Bennettsville, SC  29512-5220

11/05/2012

Chief Magistrate Judge
US District Court
515 Rusk Ave.
Houston, TX  77002

United States Courts
Southern District of Texas
FILED
NOV 0 9 2012
David J. Bradley, Clerk of Court

Re: #4:10-cr-00512-1; 18 USC §2255

Dear Chief Magistrate Judge,

On 4/26/2012, I filed a §2255 motion (D.E. #67) in the above listed case. A magistrate judge still has not yet made an initial review of my motion.

Two weeks ago, I contacted the Clerk of Court in Houston and inquired into the cause of the delay. The clerk was unable to determine why my motion has been delayed, though she did believe the delay was unusual.

I also attempted to contact my District Court judge, the Hon. Vanessa Gilmore, but I have not yet received a response to the letter I sent.

I would greatly appreciate any help you can provide in getting my §2255 motion reviewed or in finding the cause of the delay.

Sincerely,

Thor Alexander Morris

Thor Alexander Morris
Reg. No. 33297-279
PO Box 52010
FPC Bennettsville
Bennettsville, SC 29512-5220

Chief Magistrate Judge
US District Court
515 Rusk Ave.
Houston, TX 77002

