Thor Alexander Morris #33297-279  
FPC Bennettsville  
PO Box 52010  
Bennettsville, SC  29512-5220

01/11/2013

Clerk of Court  
U.S. District Court  
Bob Casey Courthouse  
515 Rusk Ave.  
Houston, TX  77002

United States Courts  
Southern District of Texas  
FILED

JAN 17 2013

David J. Bradley, Clerk of Court

Re: Docket Sheet for 4:10CR000512-01

Dear Clerk of Court,

   Could I please be provided with the Docket Sheet for my case?  The case number for my case is 4:10CR000512-01.  Thank you for your time and consideration.

Thanks,

*[signature]*

Thor Alexander Morris

Thor Alexander Morris #33297-279
FPC Bennettsville
PO Box 52010
Bennettsville, SC 29512-5220

FLORENCE SC 295
14 JAN 2013 PM 1 L

Clerk of Court
U.S. District Court
Bob Casey Courthouse
515 Rusk Ave.
Houston, TX
77002

JAN 17 2013
David J. Bradley, Clerk of Court