IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| versus | § § § § | CRIMINAL NO. H-10-512-1 |
| THOR ALEXANDER MORRIS (Re: CA H-12-3086) | § | |

ORDER OF DISMISSAL

The defendant has moved to vacate his sentence under 28 USC 2255. On the motion along with the whole record of the criminal proceeding, the defendant is entitled to no relief.

The motion is summarily dismissed under Rule 4(b) of the Rules Governing Section 2255 proceedings in the United States District Courts.

Signed at Houston, Texas, on January 17, 2013.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE