Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

United States District Court
Bob Casey U.S. Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002-2600

FILED
FEB 15 2013
David J. Bradley, Clerk of Court