Thor Alexander Morris                                02/15/2013
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220



FEB 2 5 2013

David J. Bradley, Clerk of Court

Clerk of Court
U.S. District Court
P.O. Box 61010
Houston, TX  77208


Re: #4:10-cr-00512;   Instructions for Transcript Copies


Dear Clerk of Court,

  Could you please provide me with the instructions and price for obtaining the following court documents in my criminal case #4:10-cr-00512:

> Docket Entries 1, 19, 67; and the Transcripts for both Re-Arraignment Hearings held on 01/18/2011.


  Thank you for your time and consideration.


                                    Sincerely,

                                    [signature]

                                    Thor Alexander Morris

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220

Clerk of Court
US District Court
P.O. Box 61010
Houston, TX  77208

FEB 2 5 2013
David J. Bradley, Clerk of Court