Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

U.S. District Court
Clerk of Court
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
MAR 01 2013
David J. Bradley, Clerk of Court

