IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § § | CRIMINAL NO. H-10-512 |
| THOR ALEXANDER MORRIS | § | |

### ORDER

IT IS HEREBY ORDERED that the Motion to Appoint Counsel (Docket Entry No. 60) is **DENIED**. The Motion for Copy of Transcript (Docket Entry No. 66) is **DENIED**. The Motion for Copy (Docket Entry No. 68) is **DENIED**. The Motion for Leave to File Motion to Vacate Sentence (Docket Entry No. 72) is **DENIED**. The Motion to Proceed *In Forma Pauperis* (Docket Entry No. 75) is **GRANTED**. The Motion to Vacate under 28 U.S.C. § 2255 (Docket Entry No. 77) is **DENIED as moot**. The Motion to Alter Judgment (Docket Entry No. 80) is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 8th day of March, 2013, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE