IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
(Re: CA H-12-3086)



MAR 1 9 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Respondent, ) | |
| ) | CRIMINAL NO. H-10-512-1 |
| v. ) | |
| ) | Motion for Leave to Amend |
| THOR ALEXANDER MORRIS, ) | |
| Petitioner. ) | |

Petitioner moves for Leave to Amend his Application for Certificate of Appealability and Memorandum in Support (Dated 02/18/2013) in the above styled §2255 case.

Petitioner seeks to add one additional claim to his Application for Certificate of Appealability:

"IV. THE DISTRICT COURT ABUSED ITS DISCRETION WHEN IT FAILED TO STATE FINDINGS OF FACT AND CONCLUSIONS OF LAW TO SUPPORT ITS SUMMARY DISMISSAL."

Petitioner has attached an Amended Application for Certificate of Appealability in which this claim and all original Certificate of Appealability claims are briefed. If leave to amend is granted such Amended Application for Certificate of Appealability should be used in lieu of the original Application.

WHEREFORE, Petitioner prays that this Honorable Court allow Petitioner to Amend his Application for Certificate of Appealability in the manner of the attached "Amended Application for Certificate of Appealability and Memorandum in Support."

Petitioner, Thor Alexander Morris, declares under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Respectfully Submitted,
This 9th day of March, 2013.

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220

CERTIFICATE OF SERVICE

Petitioner hereby certifies that the foregoing Motion for Leave to Amend and the attached Amended Application for Certificate of Appealability and Memorandum in Support were both mailed to the following addresses via the prison mail system on 03/09/2013.

Clerk of Court
US District Court
515 Rusk Street, Room 5300
Houston, TX  77002-2600

United States Attorney's Office
P.O. Box 61129
Houston, TX  77208
(713) 567-9574

Respectfully Submitted,
This 9th day of March, 2013.

Thor Alexander Morris

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC  29512-5220

MAR 1 9 2013

Clerk of Court
US District Court
515 Rusk Street, Room 5300
Houston, TX  77002-2600

