Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC   29512-5220

03/28/2013

United States
Southern District of Texas
FILED

APR 0 3 2013

David J. Bradley, Clerk of Court

Clerk of Court
US District Court
515 Rusk Ave.
Houston, TX   77002

Re:   Docket Sheet for 4:10-cr-00512

Dear Clerk of Court,

(Sir,) Can I please be provided a copy of my docket sheet for the above list case?

Thank you for your time and consideration.

Sincerely,

Thor Alexander Morris

COLUMBIA SC 290

29 MAR 2013 PM 3 L

United States Courts
Southern District of Texas
FILED

APR 0 3 2013

David J. Bradley, Clerk of Court

Clerk of Court
US District Court
515 Rusk Ave.
Houston, TX 77002

77002262399

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220