**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| USA | § |
| | § |
| v. | § CASE NUMBER: 4:10cr512-1 |
| | § District Judge: Vanessa D Gilmore |
| | § Court Reporter(s): |
| Thor Alexander Morris | § |

**NOTICE OF THE FILING OF AN APPEAL**

In connection with this appeal, instrument # 91, filed by Thor Alexander Morris, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- Motion for IFP granted.

- Hearings were held in the case - transcripts were produced.

- Previous Notices of Appeal filed and assigned USCA 11-20386 & 13-20098.

David Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| USA | § |
| | § |
| | § CASE NUMBER: 4:10cr512-1 |
| v. | § District Judge: Vanessa D Gilmore |
| | § Court Reporter(s): |
| Thor Alexander Morris | § |

### NOTICE OF THE FILING OF AN APPEAL

In connection with this appeal, instrument # 91, filed by Thor Alexander Morris, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- Motion for IFP granted.

- Hearings were held in the case - transcripts were produced.

- Previous Notices of Appeal filed and assigned USCA 11-20386 & 13-20098.

David Bradley, Clerk