APPEAL, APPEAL_NAT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:10-cr-00512 All Defendants
### Internal Use Only

Case title: USA v. Morris                          Date Filed: 07/21/2010
Magistrate judge case number: 4:10-mj-00352        Date Terminated: 05/13/2011

Assigned to: Judge Vanessa D Gilmore

**Defendant (1)**

**Thor Alexander Morris**                represented by   **Thor Alexander Morris**
*Bond: $50,000.00 Unsecured*                             33297-279
*TERMINATED: 05/13/2011*                                 Federal Prison Camp Bennettsville
                                                         PO Box 52010
                                                         Bennettsville, SC 29512-5220
                                                         PRO SE

                                                         **Federal Public Defender - Houston**
                                                         440 Louisiana
                                                         Ste 310
                                                         Houston, TX 77002
                                                         713-718-4600
                                                         Fax: 713-718-4610
                                                         Email: hou_ecf@fd.org
                                                         *TERMINATED: 04/26/2010*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kelly W Case**
                                                         Case Law PLLC
                                                         2002 Timberloch Place
                                                         Ste 200
                                                         The Woodlands, TX 77380
                                                         713-882-8826
                                                         Fax: 281-419-3599
                                                         Email: kwcase@caselawpllc.com
                                                         *TERMINATED: 05/23/2011*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

                                                         **Russell Matthew Soloway**
                                                         Elliott Greenleaf
                                                         925 Harvest Dr
                                                         Blue Bell, PN 19422
                                                         215-977-1000

Email: rms@elliottgreenleaf.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| FRAUD AND RELATED ACTIVITY IN CONNECTION WITH COMPUTERS (1) | 37 months confinement; 3 yrs SPR; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| Knowingly and with the intent to defraud attempt to access a protected automated teller machine, without authorization and by means of such conduct further intended to fraud and attempt to obtain money from the siad protected access device; In violation of 18 USC 1030(a)(4) and (b);, 18:1030A.F | |

---

**Plaintiff**

| **USA** | represented by | **Suzanne Elmilady** |
| --- | --- | --- |
| | | United States Attorney Office |
| | | 1000 Louisiana |
| | | Ste 2300 |
| | | Houston, TX 77002 |
| | | 713-567-9574 |
| | | Fax: 713-718-3300 |
| | | Email: suzanne.elmilady@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**Appellate Division**

U.S. Attorney's Office
Southern District of Texas
PO Box 61129
Houston, TX 77208-1129
Email: usatxs.appellate@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - H**
515 Rusk
10th Floor
Houston, TX 77002
713-718-4800
Fax: 713-718-4848
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs - H**
515 Rusk
6th Floor
Houston, TX 77002
713-250-5218
Fax: 713-250-5666
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - H**
515 Rusk
2nd Floor
Houston, TX 77002
713-250-5266
Fax: INS_prob1
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Renata A Gowie**
Office of US Attorney
1000 Louisiana
Ste 2300

Houston, TX 77002
713-567-9362
Fax: 713-718-3302
Email: renata.gowie@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2010 | 1 | Cr. COMPLAINT as to Thor Alexander Morris (1), filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/23/2010) |
| 04/23/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: INITIAL APPEARANCE as to Thor Alexander Morris, (Deft informed of rights) held on 4/23/2010. Appearances:G. Cooke AUSA. (ERO:Yes) Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | | Arrest of Thor Alexander Morris, filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 3 | Sealed Financial Affidavit CJA 23 by Thor Alexander Morris, filed. [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Houston for Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 5 | ORDER Scheduling a Detention hearing 04/26/10 as to Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/26/2010 | 7 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: DETENTION HEARING as to Thor Alexander Morris held on 4/26/2010 Federal Public Defender conflicted out and withdrawn as counsel.Appearances:M. White AUSA.(ERO:Yes) Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/26/2010 | | Attorney update in case as to Thor Alexander Morris. Attorney Federal Public Defender - Houston terminated. (mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/27/2010 | 6 | CJA 20 as to Thor Alexander Morris Appointment of Attorney Kelly W Case for Thor Alexander Morris..(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/28/2010 | 8 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: DETENTION HEARING as to Thor Alexander Morris held on 4/28/2010 Appearances:M. White AUSA. Kelly W Case.(ERO:Yes) Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/30/2010) |

| 04/28/2010 | 9 | WAIVER of Preliminary Hearing by Thor Alexander Morris, filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/30/2010) |
|---|---|---|
| 04/28/2010 | 15 | Unsecured Appearance Bond Entered as to Thor Alexander Morris in amount of $ 50,000.00 Unsecured,, filed. (mlerma, ) (Additional attachment(s) added on 5/5/2010: # 1 un redacted Appearance Bond) (mlerma, ). Modified on 7/23/2010 (mlerma, ). (Entered: 05/05/2010) |
| 04/29/2010 | | Attorney update in case as to Thor Alexander Morris. Attorney Kebharu H Smith for USA added. (mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 04/29/2010 | 12 | MOTION to Seal by USA as to Thor Alexander Morris, filed. (mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 04/30/2010 | 13 | ORDER denying 12 Motion to Seal as to Thor Alexander Morris (1). (Signed by Magistrate Judge Stephen Smith.) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 05/03/2010 | 10 | Pretrial Services Report (Sealed) as to Thor Alexander Morris, filed. (aallen, ) [4:10-mj-00352] (Entered: 05/03/2010) |
| 05/03/2010 | 11 | Addendum to 10 Pretrial Services Report (Sealed) as to Thor Alexander Morris, filed. (aallen, ) [4:10-mj-00352] (Entered: 05/03/2010) |
| 05/03/2010 | 16 | ORDER Setting Conditions of Release as to Thor Alexander Morris (1) $50,000.00 Unsecured.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 05/05/2010) |
| 05/04/2010 | 14 | Warrant issued 4/23/2010 Returned Executed on 4/23/2010 in case as to Thor Alexander Morris, filed. (ckrus, ) [4:10-mj-00352] (Entered: 05/05/2010) |
| 05/18/2010 | 17 | First MOTION for Waiver Time Limit for Indictment by Thor Alexander Morris, filed. (Case, Kelly) [4:10-mj-00352] (Entered: 05/18/2010) |
| 05/18/2010 | | US ATTORNEY'S NOTICE OF APPEARANCE. Suzanne Elmilady appearing for USA, filed.(Elmilady, Suzanne) [4:10-mj-00352] (Entered: 05/18/2010) |
| 06/15/2010 | 18 | WAIVER OF TIME LIMIT FOR INDICTMENT by Thor Alexander Morris, filed.(Case, Kelly)[4:10-mj-00352] Modified on 7/23/2010 (emares, ). (Entered: 06/15/2010) |
| 07/21/2010 | 19 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Thor Alexander Morris (1) count(s) 1, filed. (thanniable, ) (Entered: 07/22/2010) |
| 07/21/2010 | 20 | US Attys Criminal Docket Sheet as to Thor Alexander Morris, filed. (thanniable, ) (Entered: 07/22/2010) |
| 07/21/2010 | 21 | ORDER for Issuance of Notice of Indictment as to Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified. |

| | | |
|---|---|---|
| | | (thanniable, ) (Entered: 07/22/2010) |
| 07/22/2010 | 22 | NOTICE OF SETTING as to Thor Alexander Morris. Arraignment set for 7/29/2010 at 10:00 AM in Courtroom 701 before Magistrate Judge Mary Milloy, filed. (thanniable, ) (Entered: 07/22/2010) |
| 07/29/2010 | 23 | Minute Entry for proceedings held before Magistrate Judge Mary Milloy: ARRAIGNMENT as to Thor Alexander Morris (1) Count 1 held on 7/29/2010. Appearances:Michael Kusin for Suzanne Elmilady, Kelly W Case.(ERO:Y) Deft continued on bond, filed.(dgould) (Entered: 07/30/2010) |
| 07/29/2010 | 24 | SCHEDULING ORDER as to Thor Alexander Morris. ETT:2 days: Speedy Trial Limits Waived? N: Dispositive & Non-Dispositive Motion Filing due by 8/18/2010, Responses due by 8/27/2010, Pretrial Conference set for 9/20/2010 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore, Proposed Voir Dire due by 9/17/2010, Jury Trial set for 9/27/2010 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Magistrate Judge Mary Milloy) Parties notified. (dgould) (Entered: 07/30/2010) |
| 08/31/2010 | 25 | Agreed MOTION to Continue Trial by Thor Alexander Morris, filed. (Case, Kelly) (Entered: 08/31/2010) |
| 09/15/2010 | 26 | ORDER granting 25 Motion to Continue Trial as to Thor Alexander Morris (1). Jury Trial reset for 11/29/2010 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore.) Parties notified.(bthomas, ) (Entered: 09/16/2010) |
| 09/15/2010 | | **Terminate Deadlines and Hearings as to Thor Alexander Morris: PTC for 9/20/2010. (bthomas, ) (Entered: 09/16/2010) |
| 11/19/2010 | 27 | Agreed MOTION to Continue Trial by Thor Alexander Morris, filed. (Case, Kelly) (Entered: 11/19/2010) |
| 11/22/2010 | 28 | ORDER granting 27 Motion to Continue as to Thor Alexander Morris (1) Jury Trial set for 1/18/2011 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore.) Parties notified.(emares, ) (Entered: 11/24/2010) |
| 01/10/2011 | 29 | NOTICE OF RESETTING as to Thor Alexander Morris.. Re-Arraignment set for 1/18/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore, filed.(emares, ) (Entered: 01/10/2011) |
| 01/18/2011 | | Minute Entry for proceedings held before Judge Vanessa D Gilmore: RE-ARRAIGNMENT not held on 1/18/2011. Defendant decided not to plea. Defendant's oral motion for continuance of trial is granted. Jury Trial is set for February 28, 2011 at 1:30 p.m. Appearances: Suzanne Elmilady, Kelly W Case.(Court Reporter: C. Barron) Deft continued on Bond, filed.(bthomas, ) (Entered: 01/18/2011) |
| 01/18/2011 | | Minute Entry for proceedings held before Judge Vanessa D Gilmore: RE-ARRAIGNMENT held on 1/18/2011. Thor Alexander Morris (1) Guilty Count 1. Defendant decided to go forward with the plea. |

| | | |
|---|---|---|
| | | Sentencing set for May 9, 2011. Appearances: Suzanne Elmilady, Kelly W Case.(Court Reporter: C. Barron) Deft continued on Bond, filed. (bthomas, ) (Entered: 01/18/2011) |
| 01/18/2011 | 30 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Thor Alexander Morris. PSI Completion due by 2/22/2011 Objection to PSI due by 3/8/2011 Final PSI due by 3/22/2011 Sentencing set for 5/9/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, ) (Entered: 01/18/2011) |
| 02/01/2011 | 31 | Order Resetting Sentencing. Sentencing set for 5/9/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore) Parties notified. (emares, ) (Entered: 02/01/2011) |
| 04/07/2011 | 32 | Statement of No Objections to PSR (Sealed) by USA as to Thor Alexander Morris, filed. (Entered: 04/07/2011) |
| 04/14/2011 | 33 | Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/14/2011 | 34 | Confidential Sentencing Recommendation(Sealed) regarding Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/14/2011 | 35 | Sealed Addendum to 33 Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/27/2011 | 36 | Objections to PSR as to Thor Alexander Morris, filed. (Case, Kelly) Modified on 5/4/2011 (emares, ). (Entered: 04/27/2011) |
| 05/03/2011 | 37 | Sealed Second Addendum to 33 Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (sshannon, ) (Entered: 05/03/2011) |
| 05/09/2011 | | Sentencing Minute Entry for proceedings held before Judge Vanessa D Gilmore: held on 5/9/2011 for Thor Alexander Morris (1), Count(s) 1, 37 months confinement; 3 yrs SPR; $100 special assessment Appearances:Craig Feazel AUSA; Deyanira Loredo USPO. Kelly W Case.(Court Reporter: Stephanie Carlisle) Deft continued on bond, filed.(emares, ) (Entered: 05/09/2011) |
| 05/09/2011 | 38 | LETTER OF SUPPORT RE: Sentencing as to Thor Alexander Morris, filed.(emares, ) (Entered: 05/09/2011) |
| 05/13/2011 | 39 | JUDGMENT as to Thor Alexander Morris.(Signed by Judge Vanessa D Gilmore) Parties notified. (mfoley) (Entered: 05/16/2011) |
| 05/13/2011 | 40 | Statement of Reasons (Sealed) as to Thor Alexander Morris, filed. (Entered: 05/16/2011) |
| 05/17/2011 | 41 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Thor Alexander Morris,filed.(Case, Kelly) (Entered: 05/17/2011) |
| 05/17/2011 | 42 | First MOTION to Withdraw as Attorney by Kelly W Case by Thor |

| | | |
|---|---|---|
| | | Alexander Morris, filed. (Case, Kelly) (Entered: 05/17/2011) |
| 05/18/2011 | 43 | Notice of the Filing of an Appeal as to Thor Alexander Morris. DKT13 transcript order form was mailed to appellant 3 copies. Fee status: CJA. The following Notice of Appeal and related motions are pending in the District Court: 41 Notice of Appeal - Judgment and Sentence, 42 First MOTION to Withdraw as Attorney by Kelly W Case, filed. (Attachments: # 1 Judgment, # 2 Notice of appeal, # 3 Docket sheet) (lfilmore, ) (Entered: 05/18/2011) |
| 05/18/2011 | | Attorney update in case as to Thor Alexander Morris. Attorney Renata A Gowie for USA added. (lfilmore, ) (Entered: 05/18/2011) |
| 05/23/2011 | 44 | Notice of Assignment of USCA No. 11-20386 as to Thor Alexander Morris re: 41 Notice of Appeal - Judgment and Sentence, filed. (glyons) (Entered: 05/24/2011) |
| 05/23/2011 | 45 | ORDER granting 42 Motion to Withdraw as Attorney. Kelly W Case withdrawn from case as to Thor Alexander Morris (1).(Signed by Judge Vanessa D Gilmore.) Parties notified. (bthomas, ) (Entered: 05/24/2011) |
| 05/24/2011 | 46 | ORDER; The Court finds that the interests of justice dictate that Defendant have assistance of counsel to go forward for the purposes of Defendant's Appeal. This case is referred to Magistrate Judge Mary Milloy for the appointment of counsel as to Thor Alexander Morris. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, ) (Entered: 05/25/2011) |
| 05/25/2011 | 47 | CJA 20 for Appeal Purposes as to Thor Alexander Morris: Appointment of Attorney Russell Matthew Soloway for Thor Alexander Morris.(Signed by Magistrate Judge Mary Milloy) Parties notified. (mlerma, ) (Entered: 05/27/2011) |
| 06/02/2011 | 48 | ORDER TO SURRENDER on June 16, 2011 at 2:00 p.m. to FCI Bennettsville, 696 Muckerman Road, Bennettsville, SC 29512 as to Thor Alexander Morris.(Signed by Judge Vanessa D Gilmore) Parties notified. (clamey, ) (Entered: 06/02/2011) |
| 06/02/2011 | 49 | Document(s) Sent re: 48 Order to Surrender by FedEx to Thor Alexander Morris, 555 Chief Ct., Jacksonville, NC 28540 (Tracking Number: 8764 2868 6090), filed. (clamey, ) (Entered: 06/03/2011) |
| 06/08/2011 | | ***Delivery Confirmation; delivery date(s) unknown re: 49 Document (s) Sent, filed. (lcampbell) (Entered: 06/08/2011) |
| 07/01/2011 | 50 | DKT-13 TRANSCRIPT ORDER FORM by Russell M. Joloway. Bail Hearing/Sentencing held on 5/9/2011 before Judge Gilmore. Court Reporter: S. Carlisle. This order form relates to the following: 41 Notice of Appeal - Judgment and Sentence, filed. (lcampbell) Modified on 7/5/2011 (lcampbell, ). (Entered: 07/05/2011) |
| 07/01/2011 | 51 | DKT-13 TRANSCRIPT ORDER FORM by Russell M. Joloway. Re-arraignment held on 1/18/2011 before Judge Vanessa Gilmore Court Reporter/Transcriber: C. Barron. This order form relates to the |

| | | |
|---|---|---|
| | | following: <u>41</u> Notice of Appeal - Judgment and Sentence,filed. (lcampbell) (Entered: 07/05/2011) |
| 07/01/2011 | <u>52</u> | CJA 24 TRANSCRIPT ORDER FORM by Russell M. Joloway. This is to order a transcript of Re-arraignment held on 1/18/2011 before Judge Vanessa D Gilmore,Court Reporter/Cher Barron filed. (lcampbell) Modified on 7/5/2011 (sroque, ). (Entered: 07/05/2011) |
| 07/01/2011 | <u>53</u> | CJA 24 TRANSCRIPT ORDER FORM by Russell M. Joloway. This is to order a transcript of Sentencing held on 5/9/2011 before Judge Vanessa D Gilmore, Court Reporter/Stephanie Carlisle filed. (lcampbell) Modified on 7/5/2011 (sroque, ). Modified on 7/5/2011 (sroque, ). (Entered: 07/05/2011) |
| 08/05/2011 | <u>54</u> | TRANSCRIPT as to Thor Alexander Morris re: Rearraignment held on 1-18-2011 before Judge Vanessa D Gilmore.Court Reporter/Transcriber cbarron. Release of Transcript Restriction set for 11/3/2011., filed. (cbarron, ) (Entered: 08/05/2011) |
| 08/08/2011 | <u>55</u> | Notice of Filing of Official Transcript as to <u>54</u> Transcript. Party notified, filed. (dclark, ) (Entered: 08/08/2011) |
| 08/25/2011 | <u>56</u> | Fifth Circuit Court of Appeals LETTER advising 30 day transcript discount as to Thor Alexander Morris (USCA No. 11-20386),filed. (saustin, ) (Entered: 08/25/2011) |
| 08/29/2011 | <u>57</u> | APPEAL TRANSCRIPT as to Thor Alexander Morris re: Sentencing held on May 9, 2011 before Judge Vanessa D Gilmore. Court Reporter/Transcriber S. Carlisle. This transcript relates to the following: <u>53</u> Transcript Order Form - CJA 24, <u>50</u> Transcript Order Form - DKT-13,. Release of Transcript Restriction set for 11/28/2011., filed. (scarlisle) (Entered: 08/29/2011) |
| 08/30/2011 | <u>58</u> | Notice of Filing of Official Transcript as to <u>57</u> Transcript - Appeal,. Party notified, filed. (jdav, ) (Entered: 08/30/2011) |
| 09/14/2011 | | Electronic record on appeal has been certified to Fifth Circuit Court of Appeals as to Thor Alexander Morris re: <u>41</u> Notice of Appeal - Judgment and Sentence. USCA No. 11-20386,filed.(blacy, ) (Entered: 09/14/2011) |
| 11/28/2011 | <u>59</u> | LETTER addressed to the Clerk, US District Court from Thor Alexander Morris request a complete copy of the court docket for his case. (complete copy of docket forwarded this date along with information regarding copies of court documents ), filed. (jdav, ) (Entered: 11/30/2011) |
| 01/06/2012 | <u>60</u> | MOTION to Appoint Counsel on Appeal by Thor Alexander Morris, filed. (aboyd) (Additional attachment(s) added on 1/9/2012: # <u>1</u> Financial Affidavit) (aboyd, ). (Entered: 01/09/2012) |
| 01/17/2012 | <u>61</u> | LETTER as to Thor Alexander Morris re: Requesting a copy of plea agreement, filed. (rosaldana) (Entered: 01/18/2012) |
| | | |

| | | |
|---|---|---|
| 02/29/2012 | | Supplement Electronic Record submitted to the Fifth Circuit Court of appeals as requested., filed. (lfilmore, ) (Entered: 02/29/2012) |
| 02/29/2012 | | Supplement Electronic record on appeal certified to Fifth Circuit Court of Appeals as to Thor Alexander Morris re: 44 USCA Case Number, 41 Notice of Appeal - Judgment and Sentence. USCA No. 12-20386,filed. (lfilmore, ) (Entered: 02/29/2012) |
| 02/29/2012 | 62 | Transmittal Letter on Appeal Certified re: 41 Notice of Appeal - Judgment and Sentence. A paper copy of the electronic record is being transmitted to the Fifth Circuit Court of Appeals in 3 and Including Supplement volumes. CDs containing the electronic record are being sent to appellant's counsel, AUSA. (USCA No. 11-20386),filed. (lfilmore, ) (Entered: 02/29/2012) |
| 03/22/2012 | 63 | LETTER as to Thor Alexander Morris re: request for copy of the docket sheet, filed. (glyons) (Entered: 03/23/2012) |
| 03/22/2012 | 64 | LETTER as to Thor Alexander Morris re: Request for copy of docket sheet, filed. (glyons) (Entered: 03/23/2012) |
| 03/22/2012 | 65 | NOTICE of Receipt of Record on Appeal by US Court of Appeals for the Fifth Circuit as to Thor Alexander Morris re 41 Notice of Appeal - Judgment and Sentence filed by Thor Alexander Morris. USCA Case Number 11-20386.,filed.(glyons) (Entered: 03/23/2012) |
| 04/05/2012 | 66 | Letter/MOTION for Copies by Thor Alexander Morris, filed. (smurdock, ) (Entered: 04/06/2012) |
| 04/26/2012 | 67 | MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 ( Civil Action No. 4:10-cr-00512-1) by Thor Alexander Morris, filed. (Attachments: # 1 cover letter, # 2 envelope)(sguevara, ) (Entered: 04/26/2012) |
| 04/26/2012 | 75 | MOTION to Proceed In Forma Pauperis by Thor Alexander Morris, filed. (ltien, ) (Entered: 10/18/2012) |
| 04/30/2012 | 68 | MOTION for Copies, MOTION for Transcript at Govt Expense by Thor Alexander Morris, filed. (smurdock, ) (Entered: 05/01/2012) |
| 05/09/2012 | 69 | Order of USCA (copy) as to Thor Alexander Morris re: 41 Notice of Appeal - Judgment and Sentence ; USCA No. 11-20386. The appeal is Dismissed as of May 7, 2012, pursuant to appellant's motion,filed. (bdaniel, ) (Entered: 05/09/2012) |
| 05/09/2012 | 70 | Fifth Circuit Court of Appeals LETTER advising Record/original papers/exhibits to be returned as to Thor Alexander Morris (USCA No. 11-20386),filed.(bdaniel, ) (Entered: 05/09/2012) |
| 05/11/2012 | 71 | LETTER as to Thor Alexander Morris re: Copies of Docket entries #12 and #13, filed. (saustin, ) (Entered: 05/11/2012) |
| 06/01/2012 | 72 | MOTION for Leave to File Amended 67 Motion to Vacate Sentence by Thor Alexander Morris, filed. (mlothmann) (Entered: 06/01/2012) |
| | | |

| | | |
|---|---|---|
| 08/03/2012 | 73 | MOTION for Status of case by Thor Alexander Morris, filed. (mmapps, ) (Entered: 08/06/2012) |
| 09/04/2012 | 74 | LETTER as to Thor Alexander Morris re: requesting a copy of the docket sheet, filed. (copy of docket sheet forwarded this date via USPS) (jdav, ) (Entered: 09/05/2012) |
| 11/09/2012 | 76 | LETTER as to Thor Alexander Morris re: review on motion docket entry 67 , filed. (gkelner, ) (Entered: 11/09/2012) |
| 11/21/2012 | 77 | MOTION for Court to Review Petitioner's 28 USC 2255 Motion re 67 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action No. 4:10-cr-00512-1) by Thor Alexander Morris, filed. (mmapps, ) (Entered: 11/26/2012) |
| 01/17/2013 | 78 | LETTER as to Thor Alexander Morris re: Docket Sheet. Sent, filed. (wbostic) (Entered: 01/17/2013) |
| 01/17/2013 | 79 | ORDER OF DISMISSAL as to Thor Alexander Morris re: 67 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action No. 4:12-cv-3086) filed by Thor Alexander Morris. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas) (Entered: 01/18/2013) |
| 02/01/2013 | 80 | MOTION to Alter or Amend Judgment by Thor Alexander Morris, filed. (amwilliams) (Entered: 02/04/2013) |
| 02/15/2013 | 81 | NOTICE OF APPEAL to US Court of Appeals by Thor Alexander Morris re 79 Order of Dismissal (Filing fee $ 455),filed. (Attachments: # 1 Envelope)(cfelchak) (Entered: 02/15/2013) |
| 02/15/2013 | 84 | MOTION for Certificate of Appealability by Thor Alexander Morris, filed. (lfilmore, ) (Entered: 02/28/2013) |
| 02/21/2013 | 82 | Notice of the Filing of an Appeal as to Thor Alexander Morris. DKT13 transcript order form was not mailed to appellant. Fee status: Not Paid/IFP pending. COA ruling is needed. The following Notice of Appeal and related motions are pending in the District Court: 81 Notice of Appeal - Judgment and Sentence,filed.(blacy, ) (Entered: 02/21/2013) |
| 02/22/2013 | | Notice of Assignment of USCA No. 13-20098 as to Thor Alexander Morris re: 81 Notice of Appeal - Judgment and Sentence,filed.(blacy, ) (Entered: 02/22/2013) |
| 02/25/2013 | 83 | LETTER as to Thor Alexander Morris re: instructions for ordering transcripts, filed. (gkelner, ) (Entered: 02/25/2013) |
| 03/01/2013 | 85 | MOTION for Certificate of Appealability by Thor Alexander Morris, filed. (Attachments: # 1 Exhibit, # 2 Envelope)(cfelchak) (Entered: 03/04/2013) |
| 03/08/2013 | 86 | ORDER denying 60 Motion to Appoint Counsel; denying 66 Motion for Copy; denying 68 Motion for Copy; denying 68 Motion for Transcript at Govt Expense; denying 72 Motion for Leave to File; granting 75 Motion to Proceed In Forma Pauperis; denying as moot 77 |

| | | |
|---|---|---|
| | | Motion; denying 80 Motion to Alter Judgment as to Thor Alexander Morris (1).(Signed by Judge Vanessa D Gilmore.) Parties notified. (emares). (Entered: 03/08/2013) |
| 03/08/2013 | 87 | ORDER as to Thor Alexander Morris denying 85 MOTION for Certificate of Appealability, 84 MOTION for Certificate of Appealability. ( Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas) (Entered: 03/08/2013) |
| 03/19/2013 | 88 | MOTION for Leave to File to Amend his Application for Certificate of Appealability and Memorandum in Support by Thor Alexander Morris, filed. (gsalinas) (Entered: 03/20/2013) |
| 03/19/2013 | 89 | Amended Application for Certificate of Appealability by Thor Alexander Morris, filed. (gsalinas, ) (Entered: 03/20/2013) |
| 03/19/2013 | 90 | Amended MEMORANDUM in Support by Thor Alexander Morris re 89 Application for Certificate of Appealability, filed.(gsalinas, ) (Entered: 03/20/2013) |
| 03/27/2013 | 91 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Thor Alexander Morris (Filing fee $ 455),filed. (wbostic) (Main Document 91 replaced on 4/1/2013) (wbostic, ). (Entered: 04/01/2013) |
| 04/03/2013 | | Notice of Assignment of USCA No. 13-20098 as to Thor Alexander Morris re: 91 Notice of Appeal - Judgment and Sentence,filed.(hler, ) (Entered: 04/03/2013) |
| 04/03/2013 | 92 | LETTER as to Thor Alexander Morris re: Request for Docket Sheet, filed. ***Docket Sheet mailed to Thor Alexander Morris*** (gsalinas) (Entered: 04/04/2013) |