UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:10-CR-512 |
| | § | CIVIL NO. 4:12-CV-3086 |
| THOR ALEXANDER MORRIS | § | |

### AMENDED ORDER

The Court denied Defendant's Motion to Alter Judgment (Instrument No. 80) in 4:10-cr-512 on March 8, 2013. The Court **VACATES** the part of the order (Instrument No. 86) denying the Motion to Alter Judgment and ORDERS that the Motion to Alter Judgment (Instrument No. 80) be **GRANTED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this _____ day of April, 2013, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**