Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC   29512-5220



Clerk
U.S. District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas   77208


Re:   Civil Action No. 4:10-cr-00512-1

Dear Clerk,

   Yesterday I received two seemingly conflicting Orders from your office regarding the above case. The first Order (D.E. 86), states that my "Motion to Alter Judgment (Docket Entry No. 80) is DENIED." While the second Order (Dated 4/4/2013) states that the "Motion to Alter Judgment (Instrument No. 7) is GRANTED."

   I have only filed one Motion to Alter Judgment in the above case. Should I assume that the Motion to Alter Judgment is granted or denied?

   Also, I have not received a copy of the order denying my COA (D.E. 87), would it be possible to send another copy?


   Thank you for your time and consideration.


                                              Thor Alexander Morris

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

7720831010

COLUMBIA SC 290
10 APR 2013 PM 4 L

Clerk
U.S. District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 15 2013

David J. Bradley, Clerk of Court