Thor Alexander Morris					08/10/2013
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC   29512-5220


Clerk of Court							AUG 1 5 2013
Bob Casey US Courthouse
515 Rusk Street, Room 5300					David J. Bradley, Clerk of Court
Houston, TX   77002-2600


Re: Address Change in Case No. 4:13-cv-3086 & 4:10-cr-512


Dear Clerk of Court,

    On 8/19/2013 I will be transferring to a halfway house at the below listed address:

    Thor Alexander Morris
    Reg. No. 33297-279
    Bannum Place of Wilmington
    716 Princess Street
    Wilmington, NC   28401
    (910) 762-4235

    Can my address of record in the above listed cases be changed to reflect this transfer?

    Thank you for your time and consideration.


							Sincerely,

							[signature]
							Thor Alexander Morris


- 1 -

Thor Alexander Morris
Reg. No. 33297-279
Federal Prison Camp
PO Box 52010
Bennettsville, SC 29512-5220

United States Courts
Southern District of Texas
**FILED**
AUG 15 2013
**David J. Bradley, Clerk of Court**

Clerk of Court
Bob Casey US Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002-2600

7700226O725

Freedom FOREVER