IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Thor Alexander Morris,** | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 4:12-3086 |
| **United States of America** | § § § | |
| Respondent. | § § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Order (**Instrument No. 14**), signed on the 28th day of August, 2013, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 28th day of August, 2013, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE