In the United States District Court
for the Southern District of Texas
Houston Division

UNITED STATES COURT
SOUTHERN DISTRICT OF TE[XAS]
OCT 28 2013
David J. Bradley, Clerk of Cour[t]

United States of America,
Plaintiff

v.

Thor Alexander Morris,
Defendant.

USDC # 4:10-cr-00512-1
USDC # 4:13-cv-3086

Notice of Appeal

Defendant, Thor Alexander Morris, hereby notifies this Honorable Court of his intent to Appeal to the US Court of Appeals for the Fifth Circuit from this Court's Order denying his Section 2255 Petition in the above listed case.

### Timeliness of Notice of Appeal

On 8/28/2013, this Court issued an ~~order~~ amended order denying my §2255. Defendant timely filed a Rule 59(e) Motion, thus halting the deadline for filing the Notice of Appeal. On 10/1/2013, this Court denied Defendant's Rule 59(e) motion, thus the 30 day deadline for filing a Notice of Appeal in civil cases shall run from 10/1/2013.

Respectfully Submitted,
This 22nd day of October, 2013.



Thor Alexander Morris



## Certificate of Service

Defendant hereby certifies that a true and correct copy of the foregoing Notice of Appeal was served on the below listed party on 10/22/2013 via First Class USPS Prepaid Mail.

US Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

## Mailbox Rule

Defendant is still in the custody of the BOP. In accordance with the Mailbox Rule, Defendant presented the instant Notice to staff at the Bannum Halfway house on 10/22/2013; the instant Notice should be considered filed as of 10/22/2013.

The foregoing is true and correct to the best of Defendant's knowledge under penalty of perjury.

Respectfully Submitted,



Thor Alexander Morris #33297-279
716 Princess Street - Bannum Place
Wilmington, NC 28401



Dear Clerk of Court,

Can I please be provided with a copy of this Court's 10/1/2013 order denying my Second Motion to Alter or Amend in USDC 4:12-cv-3086.

Thank you for your time,

*[signature]*

Thor Alexander Morris #33297-279
716 Princess St. - Barnum Place
Wilmington, NC 28401



Thor Morris # 33291-279
Barnum Place
716 Princess St.
Wilmington, NC 28401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OCT 28 2013
David J. Bradley, Clerk of Court

7700236623

US
Clerk of District Court
515 Rusk St.
Houston, TX 77002

FAYETTEVILLE NC 283
Coastal Carolina Area
24 OCT 2013 PM 4 T

FE0055900105773
FOREVER
10·13
082767
0625 APC
U.S. POSTAGE
28405