**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| USA | § | |
| | § | |
| | § | CASE NUMBER:  4:10cr512-01 |
| v. | § | District Judge:  Vanessa D Gilmore |
| | § | Court Reporter(s): |
| Thor Alexander Morris | § | |

### NOTICE OF THE FILING OF AN APPEAL

In connection with this appeal, instrument # 100, filed by Thor Alexander Morris, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- This defendant is represented by a CJA attorney.

- Hearings were held in the case - transcripts were produced.

- The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

David Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| USA | § | |
| | § | |
| | § | CASE NUMBER:  4:10cr512-01 |
| v. | § | District Judge:  Vanessa D Gilmore |
| | § | Court Reporter(s): |
| Thor Alexander Morris | § | |

**TRANSCRIPT ORDER INSTRUCTIONS TO APPELLANT**

Pursuant to FRAP 10(a)(1), a transcript order form must be filed within 14 days of the filing of the notice of appeal.

Please review the instructions on the attached DKT 13 Transcript Order Form.  Prepare a separate DKT 13 for each reporter from whom transcripts are ordered.  All transcripts from tape recorded proceedings may be ordered on one form.  Specify exact dates of proceedings to be transcribed on the appropriate reporter or tape order.

If transcript is unnecessary or already on file in the Clerk's office, prepare a DKT 13 and mark the appropriate box to indicate this information.

The appellant must contact the court reporter within 14 days of the filing of the notice of appeal to arrange for the preparation of transcripts.

Court Reporting Services
P.O. Box 61010
Houston, TX  77208

Electronic Court Reporting 713-250-5404
Court Reporters 713-250-5499

US District Court
600 E Harrison Street
Brownsville, TX 78520-7114
956-548-2500

US District Court
1300 Victoria Street, Suite 1131
Laredo, TX 78040
956-723-3542

US District Court
1133 North Shoreline Blvd, Room 208
Corpus Christi, TX 78401
361-888-3142

US District Court
1701 W. Business Hwy 83, Suite 1011
McAllen, TX 78501
956-618-8065

US District Court
PO Box 2300
Galveston, TX 77553
409-766-3530

US District Court
PO Box 1638
Victoria, TX 78476
361-788-5000

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| USA | § | |
| | § | |
| | § | CASE NUMBER:  4:10cr512-01 |
| v. | § | District Judge:  Vanessa D Gilmore |
| | § | Court Reporter(s): |
| Thor Alexander Morris | § | |

## <u>NOTICE OF THE FILING OF AN APPEAL</u>

In connection with this appeal, instrument # 100, filed by Thor Alexander Morris, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- This defendant is represented by either a CJA attorney or the Federal Public Defender.

- Hearings were held in the case - transcripts were produced.

- The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

David Bradley, Clerk

**INSTRUCTIONS TO COURT REPORTER**

**This is an electronic version of the original 8-page, multipart cabon-less form.  The court reporter is responsible for ensuring that the correct number of copies are made to meet the distribution requirements.**

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II of Copy 3 and forward to the Court of Appeals within seven (7) days after receipt.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form.  However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II of Copy 3 and forward to the Court of Appeals.  If financial negotiations with the ordering party are still in progress when the 10 days expire, and the chances for completion within a short period of time appears to be good, contact a Deputy Clerk for additional time to complete this form.

(504) 310-7700

If financial arrangements are made after you send the acknowledgement form to the Court of Appeals, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S 60-DAY DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A  REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT FOR ANY TRANSCRIPTS WHICH CANNOT BE COMPLETED WITHIN 60 DAYS.

---

TO INSURE ALL EIGHT COPIES ARE LEGIBLE, THIS FORM SHOULD BE TYPED, IF IT IS IMPOSSIBLE TO TYPE.  IT IS IMPERATIVE TO PRESS FIRMLY AND CHECK ALL EIGHT COPIES AFTER COMPLETION.

INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

YOU HAVE TEN (10) DAYS AFTER FILING YOUR NOTICE OF APPEAL TO COMPLETE THIS FORM BY DOING THE FOLLOWING:

      1.      Complete Part 1.  (Whether or not transcript is ordered)

      2.      Contact each court reporter involved in reporting the proceedings to make arrangements for payment.  (A separate transcript order form must be completed for each court reporter)

      3.      Send Copies 1,2,3, and 4 to each court reporter.

      4.      Send copy 5 to:

            U.S. Court of Appeals for the Fifth Circuit
            600 South Maestri Place
            New Orleans, LA 70130

      5.      Send Copy 6 to District Court.

      6.      Send Copy 7 to appellee(s).  (Make additional photocopies if necessary)

      7.      Retain Copy 8 for your files.

SHOULD SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING NECESSARY FINANCIAL ARRANGEMENTS, NOT BE MADE WITHIN TEN (10) DAYS AFTER FILING YOUR NOTICE OF APPEAL, YOUR APPEAL CAN BE DISMISSED.

If you have further questions, contact the Clerk's Office, U.S. Court of Appeals for the Fifth Circuit:

(504) 310-7700

---

**DISTRIBUTION:**

| | |
|---|---|
| **Copy 1** | **Court Reporter's Copy** |
| **Copy 2** | **Court Reporter's Copy for Completion of Part III and Transmittal to the U.S. Court of Appeals (5th Circuit), 600 South Maestri Place, New Orleans, LA 70130** |
| **Copy 3** | **Court Reporter's Copy for Completion of Part II and Transmittal to the U.S. Court of Appeals (5th Circuit), 600  South Maestri Place, New Orleans, LA 70130** |
| **Copy 4** | **Court Reporter's Copy to be returned to appellant upon completion of Part II** |
| **Copy 5** | **Appellant's Copy to be transmitted to the U.S. Court of Appeals (5th Circuit),  South Maestri Place, New Orleans, LA 70130, upon completion of Part I** |
| **Copy 6** | **Appellant's Copy to be sent to the District Court upon completion of Part I** |
| **Copy 7** | **Appellant's Copy to be sent to appellee(s) upon completion of Part I (Make additional photocopies if necessary)** |
| **Copy 8** | **Appellant's Copy to be retained upon completion of Part I** |

<span style="color:red">READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING</span>

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|

Short Case Title _____     Court Reporter _____

Date Notice of Appeal Filed by Clerk of District Court _____     Court of Appeals # _____

(If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office

☐ This is to order a transcript of the following proceedings: (check appropriate box)

Voir dire ☐; Opening statement of plaintiff ☐; defendant ☐;
Closing argument of plaintiff ☐; defendant ☐; Opinion of court ☐;
Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | | |
| | | |
| | | |

<span style="color:red">**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**</span>

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds;     ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);

☐ Other IFP Funds;     ☐ Advance Payment waived by reporter;     ☐ U.S. Government Funds;

☐ Other _____

Signature _____     Date Transcript Ordered _____

Print Name _____     Counsel for _____

Address _____     Phone Number _____

<span style="color:red">**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**</span>

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received     ☐ Unable to

contact ordering party     ☐ Other (Specify) _____

_____     _____     _____
Date     Signature of Court Reporter     Telephone

Address of Court Reporter: _____

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____     Actual Number of Volumes _____

_____     _____
Date     Signature of Court Reporter

DKT-13 (5/96) modified 01/05 WDTX

In the United States District Court
for the Southern District of Texas
Houston Division

UNITED STATES COURT
SOUTHERN DISTRICT OF TE...

OCT 2 8 2013

David J. Bradley, Clerk of Cou...

United States of America,
Plaintiff

v.

Thor Alexander Morris,
Defendant.

USCC # 4:10-cr-00512-1
USDC # 4:12-cv-3086

Notice of Appeal

Defendant, Thor Alexander Morris, hereby notifies this Honorable Court of his intent to Appeal to the US Court of Appeals for the Fifth Circuit from this Court's Order denying his Section 2255 Petition in the above listed case.

Timeliness of Notice of Appeal

On 8/28/2013, this Court issued an order amended order denying my 32255. Defendant timely filed a Rule 59(e) Motion, thus halting the deadline for filing the Notice of Appeal. On 10/1/2013, this Court denied Defendant's Rule 59(e) motion, thus the 30 day deadline for filing a Notice of Appeal in civil cases should run from 10/1/2013.

Respectfully Submitted,
This 22nd day of October, 2013.



Thor Alexander Morris



## Certificate of Service

Defendant hereby certifies that a true and correct copy of the foregoing Notice of Appeal was served on the below listed party on 10/22/2013 via First Class USPS Prepaid Mail.

US Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

## Mailbox Rule

Defendant is still in the custody of the BOP. In accordance with the Mailbox Rule, Defendant presented the instant Notice to staff at the Banum Halfway house on 10/22/2013; the instant Notice should be considered filed as of 10/22/2013.

The foregoing is true and correct to the best of Defendant's knowledge under penalty of perjury.

Respectfully Submitted,

Thor Alexander Morris #33291-279
716 Princess Street - Banum Place
Wilmington, NC 28401



Dear Clerk of Court,

Can I please be provided with a copy of this
Court's 10/1/2013 order denying my Second Motion to Alter
or Amend in USDC 4:12-cv-3086.

Thank you for your time,

Thor Alexander Morris #33297-279
716 Princess St. - Barnum Place
Wilmington, NC 28401



Thor Morris # 33297-279
116 Princess Place
Wilmington, NC 28401

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS

OCT 28 2013

David J. Bradley, Clerk of Court

77002#2623

US District Court
Clerk of Court
515 Rusk St.
Houston, TX 77002

FAYETTEVILLE NC 283
Coastal Carolina Area
24 OCT 2013 PM 4 T

FE0050900105773

U.S. POSTAGE
FOREVER   28405
10 * 13
08276739
0625 APC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Thor Alexander Morris,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:12-3086** |
| | § | |
| **United States of America** | § | |
| | § | |
| | § | |
| **Respondent.** | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order (**Instrument No. 14**), signed on the 28th day of August, 2013, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 28th   day of August, 2013, at Houston, Texas.


_____

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

APPEAL,APPEAL_NAT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:10-cr-00512-1
### Internal Use Only

Case title: USA v. Morris                         Date Filed: 07/21/2010
Magistrate judge case number: 4:10-mj-00352       Date Terminated: 05/13/2011

Assigned to: Judge Vanessa D Gilmore

**Defendant (1)**

**Thor Alexander Morris**          represented by    **Thor Alexander Morris**
*Bond: $50,000.00 Unsecured*                        33297-279
*TERMINATED: 05/13/2011*                            Bannum Place of Wilmington
                                                    716 Princess Street
                                                    Wilmington, NC 28401
                                                    PRO SE

                                                    **Federal Public Defender - Houston**
                                                    440 Louisiana
                                                    Ste 310
                                                    Houston, TX 77002
                                                    713-718-4600
                                                    Fax: 713-718-4610
                                                    Email: hou_ecf@fd.org
                                                    *TERMINATED: 04/26/2010*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kelly W Case**
                                                    Case Law PLLC
                                                    2002 Timberloch Place
                                                    Ste 200
                                                    The Woodlands, TX 77380
                                                    713-882-8826
                                                    Fax: 281-419-3599
                                                    Email: kwcase@caselawpllc.com
                                                    *TERMINATED: 05/23/2011*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

                                                    **Russell Matthew Soloway**
                                                    Elliott Greenleaf
                                                    925 Harvest Dr
                                                    Blue Bell, PN 19422
                                                    215-977-1000

Email: rms@elliottgreenleaf.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| FRAUD AND RELATED ACTIVITY IN CONNECTION WITH COMPUTERS (1) | 37 months confinement; 3 yrs SPR; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Knowingly and with the intent to defraud attempt to access a protected automated teller machine, without authorization and by means of such conduct further intended to fraud and attempt to obtain money from the siad protected access device; In violation of 18 USC 1030(a)(4) and (b);, 18:1030A.F | |

---

**Plaintiff**

**USA**                          represented by   **Suzanne Elmilady**
United States Attorney Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9574
Fax: 713-718-3300
Email: suzanne.elmilady@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Appellate Division**

U.S. Attorney's Office
Southern District of Texas
PO Box 61129
Houston, TX 77208-1129
Email: usatxs.appellate@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - H**
515 Rusk
10th Floor
Houston, TX 77002
713-718-4800
Fax: 713-718-4848
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs - H**
515 Rusk
6th Floor
Houston, TX 77002
713-250-5218
Fax: 713-250-5666
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - H**
515 Rusk
2nd Floor
Houston, TX 77002
713-250-5266
Fax: INS_prob1
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Renata A Gowie**
Office of US Attorney
1000 Louisiana
Ste 2300

Houston, TX 77002
713-567-9362
Fax: 713-718-3302
Email: renata.gowie@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2010 | 1 | Cr. COMPLAINT as to Thor Alexander Morris (1), filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/23/2010) |
| 04/23/2010 | 🔒 | (Court only) Arrest Warrant Issued in case as to Thor Alexander Morris ( Issued by Magistrate Judge Stephen Smith), filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/23/2010) |
| 04/23/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: INITIAL APPEARANCE as to Thor Alexander Morris (Deft informed of rights) held on 4/23/2010. Appearances:G. Cooke AUSA. (ERO:Yes) Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | | Arrest of Thor Alexander Morris, filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 3 | Sealed Financial Affidavit CJA 23 by Thor Alexander Morris, filed. [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Houston for Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/23/2010 | 5 | ORDER Scheduling a Detention hearing 04/26/10 as to Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/27/2010) |
| 04/26/2010 | 7 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: DETENTION HEARING as to Thor Alexander Morris held on 4/26/2010 Federal Public Defender conflicted out and withdrawn as counsel.Appearances:M. White AUSA.(ERO:Yes) Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/26/2010 | | Attorney update in case as to Thor Alexander Morris. Attorney Federal Public Defender - Houston terminated. (mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/27/2010 | 6 | CJA 20 as to Thor Alexander Morris Appointment of Attorney Kelly W Case for Thor Alexander Morris..(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 04/28/2010) |
| 04/28/2010 | 8 | Minute Entry for proceedings held before Magistrate Judge Stephen Smith: DETENTION HEARING as to Thor Alexander Morris held on 4/28/2010 Appearances:M. White AUSA. Kelly W Case.(ERO:Yes) |

| | | |
|---|---|---|
| | | Deft remanded to USM, filed.(mlerma, ) [4:10-mj-00352] (Entered: 04/30/2010) |
| 04/28/2010 | 9 | WAIVER of Preliminary Hearing by Thor Alexander Morris, filed. (mlerma, ) [4:10-mj-00352] (Entered: 04/30/2010) |
| 04/28/2010 | 🔒 15 | Unsecured Appearance Bond Entered as to Thor Alexander Morris in amount of $ 50,000.00 Unsecured,, filed. (mlerma, ) (Additional attachment(s) added on 5/5/2010: # 1 un redacted Appearance Bond) (mlerma, ). Modified on 7/23/2010 (mlerma, ). (Entered: 05/05/2010) |
| 04/29/2010 | | Attorney update in case as to Thor Alexander Morris. Attorney Kebharu H Smith for USA added. (mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 04/29/2010 | 12 | MOTION to Seal by USA as to Thor Alexander Morris, filed. (mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 04/30/2010 | 13 | ORDER denying 12 Motion to Seal as to Thor Alexander Morris (1). (Signed by Magistrate Judge Stephen Smith.) Parties notified.(mlerma, ) [4:10-mj-00352] (Entered: 05/04/2010) |
| 05/03/2010 | 10 | Pretrial Services Report (Sealed) as to Thor Alexander Morris, filed. (aallen, ) [4:10-mj-00352] (Entered: 05/03/2010) |
| 05/03/2010 | 11 | Addendum to 10 Pretrial Services Report (Sealed) as to Thor Alexander Morris, filed. (aallen, ) [4:10-mj-00352] (Entered: 05/03/2010) |
| 05/03/2010 | 16 | ORDER Setting Conditions of Release as to Thor Alexander Morris (1) $50,000.00 Unsecured.(Signed by Magistrate Judge Stephen Smith) Parties notified. (mlerma, ) [4:10-mj-00352] (Entered: 05/05/2010) |
| 05/04/2010 | 14 | Warrant issued 4/23/2010 Returned Executed on 4/23/2010 in case as to Thor Alexander Morris, filed. (ckrus, ) [4:10-mj-00352] (Entered: 05/05/2010) |
| 05/18/2010 | 17 | First MOTION for Waiver Time Limit for Indictment by Thor Alexander Morris, filed. (Case, Kelly) [4:10-mj-00352] (Entered: 05/18/2010) |
| 05/18/2010 | | US ATTORNEY'S NOTICE OF APPEARANCE. Suzanne Elmilady appearing for USA, filed.(Elmilady, Suzanne) [4:10-mj-00352] (Entered: 05/18/2010) |
| 06/15/2010 | 18 | WAIVER OF TIME LIMIT FOR INDICTMENT by Thor Alexander Morris, filed.(Case, Kelly)[4:10-mj-00352] Modified on 7/23/2010 (emares, ). (Entered: 06/15/2010) |
| 07/21/2010 | 19 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Thor Alexander Morris (1) count(s) 1, filed. (thanniable, ) (Entered: 07/22/2010) |
| 07/21/2010 | 20 | US Attys Criminal Docket Sheet as to Thor Alexander Morris, filed. (thanniable, ) (Entered: 07/22/2010) |
| | | |

| | | |
|---|---|---|
| 07/21/2010 | 21 | ORDER for Issuance of Notice of Indictment as to Thor Alexander Morris.(Signed by Magistrate Judge Stephen Smith) Parties notified.(thanniable, ) (Entered: 07/22/2010) |
| 07/22/2010 | 22 | NOTICE OF SETTING as to Thor Alexander Morris. Arraignment set for 7/29/2010 at 10:00 AM in Courtroom 701 before Magistrate Judge Mary Milloy, filed. (thanniable, ) (Entered: 07/22/2010) |
| 07/29/2010 | 23 | Minute Entry for proceedings held before Magistrate Judge Mary Milloy: ARRAIGNMENT as to Thor Alexander Morris (1) Count 1 held on 7/29/2010. Appearances:Michael Kusin for Suzanne Elmilady, Kelly W Case.(ERO:Y) Deft continued on bond, filed.(dgould) (Entered: 07/30/2010) |
| 07/29/2010 | 24 | SCHEDULING ORDER as to Thor Alexander Morris. ETT:2 days: Speedy Trial Limits Waived? N: Dispositive & Non-Dispositive Motion Filing due by 8/18/2010, Responses due by 8/27/2010, Pretrial Conference set for 9/20/2010 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore, Proposed Voir Dire due by 9/17/2010, Jury Trial set for 9/27/2010 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Magistrate Judge Mary Milloy) Parties notified. (dgould) (Entered: 07/30/2010) |
| 08/31/2010 | 25 | Agreed MOTION to Continue Trial by Thor Alexander Morris, filed. (Case, Kelly) (Entered: 08/31/2010) |
| 09/15/2010 | 26 | ORDER granting 25 Motion to Continue Trial as to Thor Alexander Morris (1). Jury Trial reset for 11/29/2010 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore.) Parties notified.(bthomas, ) (Entered: 09/16/2010) |
| 09/15/2010 | | **Terminate Deadlines and Hearings as to Thor Alexander Morris: PTC for 9/20/2010. (bthomas, ) (Entered: 09/16/2010) |
| 11/19/2010 | 27 | Agreed MOTION to Continue Trial by Thor Alexander Morris, filed. (Case, Kelly) (Entered: 11/19/2010) |
| 11/22/2010 | 28 | ORDER granting 27 Motion to Continue as to Thor Alexander Morris (1) Jury Trial set for 1/18/2011 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore.) Parties notified.(emares, ) (Entered: 11/24/2010) |
| 01/10/2011 | 29 | NOTICE OF RESETTING as to Thor Alexander Morris.. Re-Arraignment set for 1/18/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore, filed.(emares, ) (Entered: 01/10/2011) |
| 01/18/2011 | | Minute Entry for proceedings held before Judge Vanessa D Gilmore: RE-ARRAIGNMENT not held on 1/18/2011. Defendant decided not to plea. Defendant's oral motion for continuance of trial is granted. Jury Trial is set for February 28, 2011 at 1:30 p.m. Appearances: Suzanne Elmilady, Kelly W Case.(Court Reporter: C. Barron) Deft continued on Bond, filed.(bthomas, ) (Entered: 01/18/2011) |
| 01/18/2011 | | Minute Entry for proceedings held before Judge Vanessa D Gilmore: |

| | | |
|---|---|---|
| | | RE-ARRAIGNMENT held on 1/18/2011. Thor Alexander Morris (1) Guilty Count 1. Defendant decided to go forward with the plea. Sentencing set for May 9, 2011. Appearances: Suzanne Elmilady, Kelly W Case.(Court Reporter: C. Barron) Deft continued on Bond, filed. (bthomas, ) (Entered: 01/18/2011) |
| 01/18/2011 | 30 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Thor Alexander Morris. PSI Completion due by 2/22/2011 Objection to PSI due by 3/8/2011 Final PSI due by 3/22/2011 Sentencing set for 5/9/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, ) (Entered: 01/18/2011) |
| 02/01/2011 | 31 | Order Resetting Sentencing. Sentencing set for 5/9/2011 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore.(Signed by Judge Vanessa D Gilmore) Parties notified. (emares, ) (Entered: 02/01/2011) |
| 04/07/2011 | 32 | Statement of No Objections to PSR (Sealed) by USA as to Thor Alexander Morris, filed. (Entered: 04/07/2011) |
| 04/14/2011 | 33 | Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/14/2011 | 34 | Confidential Sentencing Recommendation(Sealed) regarding Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/14/2011 | 35 | Sealed Addendum to 33 Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (tmatthews, ) (Entered: 04/14/2011) |
| 04/27/2011 | 36 | Objections to PSR as to Thor Alexander Morris, filed. (Case, Kelly) Modified on 5/4/2011 (emares, ). (Entered: 04/27/2011) |
| 05/03/2011 | 37 | Sealed Second Addendum to 33 Final Presentence Investigation Report (Sealed) as to Thor Alexander Morris, filed. (sshannon, ) (Entered: 05/03/2011) |
| 05/09/2011 | | Sentencing Minute Entry for proceedings held before Judge Vanessa D Gilmore: held on 5/9/2011 for Thor Alexander Morris (1), Count(s) 1, 37 months confinement; 3 yrs SPR; $100 special assessment Appearances:Craig Feazel AUSA; Deyanira Loredo USPO. Kelly W Case.(Court Reporter: Stephanie Carlisle) Deft continued on bond, filed. (emares, ) (Entered: 05/09/2011) |
| 05/09/2011 | 38 | LETTER OF SUPPORT RE: Sentencing as to Thor Alexander Morris, filed.(emares, ) (Entered: 05/09/2011) |
| 05/13/2011 | 39 | JUDGMENT as to Thor Alexander Morris.(Signed by Judge Vanessa D Gilmore) Parties notified. (mfoley) (Entered: 05/16/2011) |
| 05/13/2011 | 40 | Statement of Reasons (Sealed) as to Thor Alexander Morris, filed. (Entered: 05/16/2011) |
| 05/17/2011 | 41 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Thor Alexander Morris,filed.(Case, Kelly) (Entered: 05/17/2011) |

| 05/17/2011 | 42 | First MOTION to Withdraw as Attorney by Kelly W Case by Thor Alexander Morris, filed. (Case, Kelly) (Entered: 05/17/2011) |
|---|---|---|
| 05/18/2011 | 43 | Notice of the Filing of an Appeal as to Thor Alexander Morris. DKT13 transcript order form was mailed to appellant 3 copies. Fee status: CJA. The following Notice of Appeal and related motions are pending in the District Court: 41 Notice of Appeal - Judgment and Sentence, 42 First MOTION to Withdraw as Attorney by Kelly W Case, filed. (Attachments: # 1 Judgment, # 2 Notice of appeal, # 3 Docket sheet) (lfilmore, ) (Entered: 05/18/2011) |
| 05/18/2011 |  | Attorney update in case as to Thor Alexander Morris. Attorney Renata A Gowie for USA added. (lfilmore, ) (Entered: 05/18/2011) |
| 05/23/2011 | 44 | Notice of Assignment of USCA No. 11-20386 as to Thor Alexander Morris re: 41 Notice of Appeal - Judgment and Sentence, filed. (glyons) (Entered: 05/24/2011) |
| 05/23/2011 | 45 | ORDER granting 42 Motion to Withdraw as Attorney. Kelly W Case withdrawn from case as to Thor Alexander Morris (1). (Signed by Judge Vanessa D Gilmore.) Parties notified. (bthomas, ) (Entered: 05/24/2011) |
| 05/24/2011 | 46 | ORDER; The Court finds that the interests of justice dictate that Defendant have assistance of counsel to go forward for the purposes of Defendant's Appeal. This case is referred to Magistrate Judge Mary Milloy for the appointment of counsel as to Thor Alexander Morris. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, ) (Entered: 05/25/2011) |
| 05/25/2011 | 47 | CJA 20 for Appeal Purposes as to Thor Alexander Morris: Appointment of Attorney Russell Matthew Soloway for Thor Alexander Morris. (Signed by Magistrate Judge Mary Milloy) Parties notified. (mlerma, ) (Entered: 05/27/2011) |
| 06/02/2011 | 48 | ORDER TO SURRENDER on June 16, 2011 at 2:00 p.m. to FCI Bennettsville, 696 Muckerman Road, Bennettsville, SC 29512 as to Thor Alexander Morris. (Signed by Judge Vanessa D Gilmore) Parties notified. (clamey, ) (Entered: 06/02/2011) |
| 06/02/2011 | 49 | Document(s) Sent re: 48 Order to Surrender by FedEx to Thor Alexander Morris, 555 Chief Ct., Jacksonville, NC 28540 (Tracking Number: 8764 2868 6090), filed. (clamey, ) (Entered: 06/03/2011) |
| 06/08/2011 |  | ***Delivery Confirmation; delivery date(s) unknown re: 49 Document(s) Sent, filed. (lcampbell) (Entered: 06/08/2011) |
| 07/01/2011 | 50 | DKT-13 TRANSCRIPT ORDER FORM by Russell M. Joloway. Bail Hearing/Sentencing held on 5/9/2011 before Judge Gilmore. Court Reporter: S. Carlisle. This order form relates to the following: 41 Notice of Appeal - Judgment and Sentence, filed. (lcampbell) Modified on 7/5/2011 (lcampbell, ). (Entered: 07/05/2011) |
| 07/01/2011 | 51 | DKT-13 TRANSCRIPT ORDER FORM by Russell M. Joloway. Re-arraignment held on 1/18/2011 before Judge Vanessa Gilmore Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber: C. Barron. This order form relates to the following: 41 Notice of Appeal - Judgment and Sentence,filed. (lcampbell) (Entered: 07/05/2011) |
| 07/01/2011 | 52 | CJA 24 TRANSCRIPT ORDER FORM by Russell M. Joloway. This is to order a transcript of Re-arraignment held on 1/18/2011 before Judge Vanessa D Gilmore,Court Reporter/Cher Barron filed. (lcampbell) Modified on 7/5/2011 (sroque, ). (Entered: 07/05/2011) |
| 07/01/2011 | 53 | CJA 24 TRANSCRIPT ORDER FORM by Russell M. Joloway. This is to order a transcript of Sentencing held on 5/9/2011 before Judge Vanessa D Gilmore, Court Reporter/Stephanie Carlisle filed. (lcampbell) Modified on 7/5/2011 (sroque, ). Modified on 7/5/2011 (sroque, ). (Entered: 07/05/2011) |
| 08/05/2011 | 54 | TRANSCRIPT as to Thor Alexander Morris re: Rearraignment held on 1-18-2011 before Judge Vanessa D Gilmore.Court Reporter/Transcriber cbarron. Release of Transcript Restriction set for 11/3/2011., filed. (cbarron, ) (Entered: 08/05/2011) |
| 08/08/2011 | 55 | Notice of Filing of Official Transcript as to 54 Transcript. Party notified, filed. (dclark, ) (Entered: 08/08/2011) |
| 08/15/2011 | | (Court only) *** Unable to certify appeal record for the following reason: Pending DKT13 Orders #50, 51 and 53 as to Thor Alexander Morris (PRIVATE ENTRY),filed.(hler, ) (Entered: 08/15/2011) |
| 08/25/2011 | 56 | Fifth Circuit Court of Appeals LETTER advising 30 day transcript discount as to Thor Alexander Morris (USCA No. 11-20386),filed. (saustin, ) (Entered: 08/25/2011) |
| 08/29/2011 | 57 | APPEAL TRANSCRIPT as to Thor Alexander Morris re: Sentencing held on May 9, 2011 before Judge Vanessa D Gilmore. Court Reporter/Transcriber S. Carlisle. This transcript relates to the following: 53 Transcript Order Form - CJA 24, 50 Transcript Order Form - DKT-13,. Release of Transcript Restriction set for 11/28/2011., filed. (scarlisle) (Entered: 08/29/2011) |
| 08/30/2011 | 58 | Notice of Filing of Official Transcript as to 57 Transcript - Appeal,. Party notified, filed. (jdav, ) (Entered: 08/30/2011) |
| 09/14/2011 | | (Court only) Record on Appeal submission has been made, filed. (blacy, ) (Entered: 09/14/2011) |
| 09/14/2011 | | Electronic record on appeal has been certified to Fifth Circuit Court of Appeals as to Thor Alexander Morris re: 41 Notice of Appeal - Judgment and Sentence. USCA No. 11-20386,filed.(blacy, ) (Entered: 09/14/2011) |
| 10/21/2011 | | (Court only) CD containing the record on appeal has been forwarded Russell Matthew Soloway, AUSA, filed. (blacy, ) (Entered: 10/21/2011) |
| 11/28/2011 | 59 | LETTER addressed to the Clerk, US District Court from Thor Alexander Morris request a complete copy of the court docket for his case. |

| | | |
|---|---|---|
| | | (complete copy of docket forwarded this date along with information regarding copies of court documents ), filed. (jdav, ) (Entered: 11/30/2011) |
| 01/06/2012 | 🔒 60 | MOTION to Appoint Counsel on Appeal by Thor Alexander Morris, filed. (aboyd) (Additional attachment(s) added on 1/9/2012: # 1 Financial Affidavit) (aboyd, ). (Entered: 01/09/2012) |
| 01/17/2012 | 61 | LETTER as to Thor Alexander Morris re: Requesting a copy of plea agreement, filed. (rosaldana) (Entered: 01/18/2012) |
| 02/14/2012 | 🔒 | (Court only) CJA 20 as to Thor Alexander Morris: Authorization to Pay Kelly Case Voucher # 120213000126. ( Signed by Judge Vanessa D Gilmore) (mewilliams, ) (Entered: 02/27/2012) |
| 02/29/2012 | | Supplement Electronic Record submitted to the Fifth Circuit Court of appeals as requested., filed. (lfilmore, ) (Entered: 02/29/2012) |
| 02/29/2012 | | Supplement Electronic record on appeal certified to Fifth Circuit Court of Appeals as to Thor Alexander Morris re: 44 USCA Case Number, 41 Notice of Appeal - Judgment and Sentence. USCA No. 12-20386,filed. (lfilmore, ) (Entered: 02/29/2012) |
| 02/29/2012 | 62 | Transmittal Letter on Appeal Certified re: 41 Notice of Appeal - Judgment and Sentence. A paper copy of the electronic record is being transmitted to the Fifth Circuit Court of Appeals in 3 and Including Supplement volumes. CDs containing the electronic record are being sent to appellant's counsel, AUSA. (USCA No. 11-20386),filed. (lfilmore, ) (Entered: 02/29/2012) |
| 03/22/2012 | 63 | LETTER as to Thor Alexander Morris re: request for copy of the docket sheet, filed. (glyons) (Entered: 03/23/2012) |
| 03/22/2012 | 64 | LETTER as to Thor Alexander Morris re: Request for copy of docket sheet, filed. (glyons) (Entered: 03/23/2012) |
| 03/22/2012 | 65 | NOTICE of Receipt of Record on Appeal by US Court of Appeals for the Fifth Circuit as to Thor Alexander Morris re 41 Notice of Appeal - Judgment and Sentence filed by Thor Alexander Morris. USCA Case Number 11-20386.,filed.(glyons) (Entered: 03/23/2012) |
| 03/23/2012 | 🔒 | (Court only) Copy of docket sheet sent, filed. (glyons) (Entered: 03/23/2012) |
| 04/05/2012 | 66 | Letter/MOTION for Copies by Thor Alexander Morris, filed. (smurdock, ) (Entered: 04/06/2012) |
| 04/26/2012 | 67 | MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 ( Civil Action No. 4:10-cr-00512-1) by Thor Alexander Morris, filed. (Attachments: # 1 cover letter, # 2 envelope)(sguevara, ) (Entered: 04/26/2012) |
| 04/26/2012 | 75 | MOTION to Proceed In Forma Pauperis by Thor Alexander Morris, filed. (ltien, ) (Entered: 10/18/2012) |

| 04/30/2012 | 68 | MOTION for Copies, MOTION for Transcript at Govt Expense by Thor Alexander Morris, filed. (smurdock, ) (Entered: 05/01/2012) |
| 05/09/2012 | 69 | Order of USCA (copy) as to Thor Alexander Morris re: 41 Notice of Appeal - Judgment and Sentence ; USCA No. 11-20386. The appeal is Dismissed as of May 7, 2012, pursuant to appellant's motion,filed. (bdaniel, ) (Entered: 05/09/2012) |
| 05/09/2012 | 70 | Fifth Circuit Court of Appeals LETTER advising Record/original papers/exhibits to be returned as to Thor Alexander Morris (USCA No. 11-20386),filed.(bdaniel, ) (Entered: 05/09/2012) |
| 05/11/2012 | 71 | LETTER as to Thor Alexander Morris re: Copies of Docket entries #12 and #13, filed. (saustin, ) (Entered: 05/11/2012) |
| 05/11/2012 | 🔒 | (Court only) Copy of docket sheet and copy request form sent, filed. (saustin, ) (Entered: 05/11/2012) |
| 06/01/2012 | 72 | MOTION for Leave to File Amended 67 Motion to Vacate Sentence by Thor Alexander Morris, filed. (mlothmann) (Entered: 06/01/2012) |
| 08/03/2012 | 73 | MOTION for Status of case by Thor Alexander Morris, filed. (mmapps, ) (Entered: 08/06/2012) |
| 09/04/2012 | 74 | LETTER as to Thor Alexander Morris re: requesting a copy of the docket sheet, filed. (copy of docket sheet forwarded this date via USPS) (jdav, ) (Entered: 09/05/2012) |
| 11/09/2012 | 76 | LETTER as to Thor Alexander Morris re: review on motion docket entry 67 , filed. (gkelner, ) (Entered: 11/09/2012) |
| 11/21/2012 | 77 | MOTION for Court to Review Petitioner's 28 USC 2255 Motion re 67 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action No. 4:10-cr-00512-1) by Thor Alexander Morris, filed. (mmapps, ) (Entered: 11/26/2012) |
| 01/17/2013 | 78 | LETTER as to Thor Alexander Morris re: Docket Sheet. Sent, filed. (wbostic) (Entered: 01/17/2013) |
| 01/17/2013 | 79 | ORDER OF DISMISSAL as to Thor Alexander Morris re: 67 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action No. 4:12-cv-3086) filed by Thor Alexander Morris. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas) (Entered: 01/18/2013) |
| 02/01/2013 | 80 | MOTION to Alter or Amend Judgment by Thor Alexander Morris, filed. (amwilliams) (Entered: 02/04/2013) |
| 02/15/2013 | 81 | NOTICE OF APPEAL to US Court of Appeals by Thor Alexander Morris re 79 Order of Dismissal (Filing fee $ 455),filed. (Attachments: # 1 Envelope)(cfelchak) (Entered: 02/15/2013) |
| 02/15/2013 | 84 | MOTION for Certificate of Appealability by Thor Alexander Morris, filed. (lfilmore, ) (Entered: 02/28/2013) |
| 02/21/2013 | 82 | Notice of the Filing of an Appeal as to Thor Alexander Morris. DKT13 |

| | | |
|---|---|---|
| | | transcript order form was not mailed to appellant. Fee status: Not Paid/ IFP pending. COA ruling is needed. The following Notice of Appeal and related motions are pending in the District Court: 81 Notice of Appeal - Judgment and Sentence,filed.(blacy, ) (Entered: 02/21/2013) |
| 02/21/2013 | 🔒 | (Court only) Pending Motion/ COA needed notification has been sent to Case Manager, filed. (blacy, ) (Entered: 02/21/2013) |
| 02/22/2013 | | Notice of Assignment of USCA No. 13-20098 as to Thor Alexander Morris re: 81 Notice of Appeal - Judgment and Sentence,filed.(blacy, ) (Entered: 02/22/2013) |
| 02/25/2013 | 83 | LETTER as to Thor Alexander Morris re: instructions for ordering transcripts, filed. (gkelner, ) (Entered: 02/25/2013) |
| 03/01/2013 | 85 | MOTION for Certificate of Appealability by Thor Alexander Morris, filed. (Attachments: # 1 Exhibit, # 2 Envelope)(cfelchak) (Entered: 03/04/2013) |
| 03/08/2013 | 86 | ORDER denying 60 Motion to Appoint Counsel; denying 66 Motion for Copy; denying 68 Motion for Copy; denying 68 Motion for Transcript at Govt Expense; denying 72 Motion for Leave to File; granting 75 Motion to Proceed In Forma Pauperis; denying as moot 77 Motion; denying 80 Motion to Alter Judgment as to Thor Alexander Morris (1).(Signed by Judge Vanessa D Gilmore.) Parties notified.(emares). (Entered: 03/08/2013) |
| 03/08/2013 | 87 | ORDER as to Thor Alexander Morris denying 85 MOTION for Certificate of Appealability, 84 MOTION for Certificate of Appealability. ( Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas) (Entered: 03/08/2013) |
| 03/08/2013 | 🔒 | (Court only) ***Motions terminated as to Thor Alexander Morris re: 73 MOTION for Status filed by Thor Alexander Morris. (bthomas) (Entered: 03/08/2013) |
| 03/14/2013 | 🔒 | (Court only) ***Motions terminated as to Thor Alexander Morris re: 67 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action No. 4:10-cr-00512-1) filed by Thor Alexander Morris. (emares, ) (Entered: 03/14/2013) |
| 03/19/2013 | 88 | MOTION for Leave to File to Amend his Application for Certificate of Appealability and Memorandum in Support by Thor Alexander Morris, filed. (gsalinas) (Entered: 03/20/2013) |
| 03/19/2013 | 89 | Amended Application for Certificate of Appealability by Thor Alexander Morris, filed. (gsalinas, ) (Entered: 03/20/2013) |
| 03/19/2013 | 90 | Amended MEMORANDUM in Support by Thor Alexander Morris re 89 Application for Certificate of Appealability, filed.(gsalinas, ) (Entered: 03/20/2013) |
| 03/27/2013 | 91 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Thor Alexander Morris (Filing fee $ 455),filed. (wbostic) (Main |

| | | |
|---|---|---|
| | | Document 91 replaced on 4/1/2013) (wbostic, ). (Entered: 04/01/2013) |
| 04/03/2013 | | Notice of Assignment of USCA No. 13-20098 as to Thor Alexander Morris re: 91 Notice of Appeal - Judgment and Sentence,filed.(hler, ) (Entered: 04/03/2013) |
| 04/03/2013 | 92 | LETTER as to Thor Alexander Morris re: Request for Docket Sheet, filed. ***Docket Sheet mailed to Thor Alexander Morris*** (gsalinas) (Entered: 04/04/2013) |
| 04/05/2013 | 93 | Notice of the Filing of an Appeal as to Thor Alexander Morris. DKT13 transcript order form Was not mailed to appellant. Fee status: Previous IFP. COA denied. The following Notice of Appeal and related motions are pending in the District Court: 88 MOTION for Leave to File Application for Certificate of Appealability and Memorandum in Support, 89 MOTION for Certificate of Appealability, 91 Notice of Appeal - Judgment and Sentence,filed. (Attachments: # 1 NOA, # 2 Order, # 3 Order, # 4 Docket sheet)(smurdock, ) (Entered: 04/05/2013) |
| 04/08/2013 | 94 | MOTION for Copies at Government Expense by Thor Alexander Morris, filed. (sscotch, ) (Entered: 04/08/2013) |
| 04/08/2013 | 95 | AMENDED ORDER. The Court VACATES the part of the order 86 denying the Motion to Alter Judgment and ORDERS that the Motion to Alter Judgment 80 be GRANTED as to Thor Alexander Morris. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas) (Entered: 04/09/2013) |
| 04/15/2013 | 96 | LETTER as to Thor Alexander Morris re: regarding two conflicting Orders and requesting a copy of Order #87, filed. (lusmith, ) (Entered: 04/17/2013) |
| 04/16/2013 | 🔒 | (Court only) 33 day review 88 89 pending email sent to CM, filed. (smurdock, ) (Entered: 04/16/2013) |
| 04/17/2013 | | Document(s) Sent by regular mail to Thor Alexander Morris re: 87 Order, filed. (lusmith, ) (Entered: 04/17/2013) |
| 08/15/2013 | 97 | NOTICE of Change of Address as to Thor Alexander Morris., filed. (sclement, ) (Entered: 08/15/2013) |
| 08/15/2013 | 🔒 | (Court only) Address Updated, filed. (sclement, ) (Entered: 08/15/2013) |
| 08/28/2013 | 98 | ORDER as to Thor Alexander Morris denying Petitioner's Motion to Vacate; denying Petitioner's MOTION for a Certificate of Appealability. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas) (Entered: 08/29/2013) |
| 08/28/2013 | 99 | FINAL JUDGMENT as to Thor Alexander Morris. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas) (Entered: 08/29/2013) |
| 10/28/2013 | 100 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Thor Alexander Morris re 98 Order (Filing fee $ 455),filed.(sguevara, 4) (Entered: 10/28/2013) |