UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOR ALEXANDER MORRIS | § § § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-3086 |
| | § § | |
| UNITED STATES OF AMERICA | § | |

### ORDER

IT IS HEREBY ORDERED that Petitioner's Motion to Appeal *In Forma Pauperis* **(Instrument No. 21)** is **GRANTED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 10th day of January, 2014, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE