| PROB 22<br>(Rev. 8/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)*<br>4:10CR00512-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Thor Alexander Morris | DISTRICT<br><br>SOUTHERN DISTRICT OF TEXAS | DIVISION<br><br>Houston |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Vanessa D. Gilmore | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>2-14-14 · TO<br>2-13-17 |

| OFFENSE |
|---|
| Fraud and Related Activity in Connection with Computers, 18 U.S.C. § 1030(a)(4) |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the ___ on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

___May 30, 2014___
*Date*

_____
*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA, JACKSONVILLE DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

___6/6/14___
*Effective Date*

_____
*United States District Judge*