| | | |
|---|---|---|
| **David J. Bradley**<br>Clerk of Court | **UNITED STATES DISTRICT COURT**<br>SOUTHERN DISTRICT OF TEXAS | P.O. Box 61010<br>Houston, Texas 77208 |

To: Eastern    District of  North Carolina, Jacksonville Division

RE: Transfer of Criminal Action no. 4:10-cr-512

United States District Court
Southern District of Texas
FILED
JUL 2 1 2014
David J. Bradley, Clerk of Court

RECEIVED
JUL 1 4 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

Dear Sir/Madam:

   Enclosed are the original or certified copy of the order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

ecf.txsd.uscourts.gov

   Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

David J. Bradley
Clerk of Court

Date: 6/25/2014          By: _____
                              Deputy Clerk

---

Please complete and return acknowledgment to this office.

Received and filed under case number: 7:14-CR-56-1H

on 07/14/2014.

Clerk, United States District Court

By: L. moore
Deputy Clerk