# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 04, 2014

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

UNITED S[...]
SOUTHERN D[...]RICT OF TEXAS
FILED
AUG 0 8 2014
David J Bradley, Clerk of Court

No. 13-20655     USA v. Thor Morris  
                 USDC No. 4:12-CV-3086

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
James deMontluzin, Deputy Clerk

cc w/encl:  
    Ms. Renata Ann Gowie  
    Mr. Thor Alexander Morris